UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKSHAR PATEL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TODD M. LYONS,<br>Acting Director, U.S. Immigration and<br>Customs Enforcement,<br><br>　　　　　Defendant. | Civil Action No. 25-1096 (ACR) |

## JOINT STATUS REPORT

Plaintiff and Defendant, by and through the undersigned counsel, respectfully file this joint status report pursuant to the Court's April 14, 2025 minute order. The parties are unable to resolve the motion without court intervention.

Dated: April 15, 2025

s/Brad Banias
BRAD BANIAS
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403
843.352.4272
brad@baniaslaw.com

s/Steven A. Brown
STEVEN A. BROWN
Reddy Neumann Brown PC
11000 Richmond Ave, Suite 600
Houston, TX 77042
P: (713) 953-7787 ext. 145
steven@rnlawgroup.com
TXB 24091928

*Attorneys for Plaintiffs*

Respectfully Submitted,

EDWARD R. MARTIN, JR.,
D.C. Bar #481866
United States Attorney

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
　for the District of Columbia
601 D St. N.W.
Washington, D.C. 20350
Telephone: (202) 252-2525
E-mail: joseph.carilli@usdoj.gov

*Attorney for United States of America*