UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AKSHAR PATEL,

      Plaintiff,

v.

TODD M. LYONS,
Acting Director, U.S. Immigration and
Customs Enforcement,

      Defendant.

Civil Action No. 25-1096 (ACR)

## STATUS REPORT

Defendant, by and through the undersigned counsel, respectfully file this status report pursuant to the Court's April 15, 2025 minute order, directing "the Government to file a status report, by 10:00 AM EST on Wednesday, April 16, addressing how an arrest for a charge that was subsequently dismissed constitutes a legal basis for terminating Plaintiff's SEVIS record and F-1 status. The Government must provide statutory language and/or relevant case law supporting its position." Min. Order.

(1)    Congress provided broad statutory authority under 8 U.S.C. § 1372 for the Government "to develop and conduct a program to collect" information regarding nonimmigrant students and exchange visitors and to "establish an electronic means to monitor and verify" certain related information. This is the statutory authority underpinning SEVIS. Inherent in that authority is SEVP's ability to update and maintain the information in SEVIS and, as such, to terminate SEVIS records, as needed, to carry out the purposes of the program.

(2) The Department of Homeland Security has not terminated Plaintiff's F-1 status. Terminating a record in SEVIS does not terminate an individual's nonimmigrant status in the United States. The statute and regulations do not provide SEVP the authority to terminate nonimmigrant status by terminating a SEVIS record, and SEVP has never claimed that it had terminated PATEL's nonimmigrant status. Furthermore, the authority to issue or revoke visas for nonimmigrant students like PATEL lies with the Department of State, not SEVP. Terminating a record within SEVIS does not effectuate a visa revocation.

Dated: April 16, 2025                        Respectfully Submitted,

EDWARD R. MARTIN, JR.,
D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Civil Chief

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
 for the District of Columbia
601 D St. N.W.
Washington, D.C. 20350
Telephone: (202) 252-2525
E-mail: joseph.carilli@usdoj.gov

*Attorney for United States of America*