UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKSHAR PATEL,<br>    *Plaintiff*,<br><br>  v.<br><br>TODD M. LYONS,<br>    *Defendant*. | Civil Action No. 25-cv-01096 (ACR) |

## ORDER

For the reasons stated on the record at the April 16, 2025 hearing, and based on Defendant's representation that it has returned Plaintiff's record in the Student and Exchange Visitor Information System (SEVIS) to the "active" status, the Court **GRANTS** Plaintiff's Application for Temporary Restraining Order, Dkt. 2, insofar as the Court:

**ORDERS** that Defendant may not change or otherwise modify Plaintiff's record in SEVIS solely on the basis of his arrest in November 2018 for a violation of Reckless Driving and subsequent dismissal of charge on February 21, 2019, by the Montgomery County Court. The Court further

**ORDERS** that Plaintiff file a renewed Application for Preliminary Injunction by April 21, 2025, and that Defendant file its Opposition by April 29, 2025. The Court will hold an evidentiary hearing on Plaintiff's renewed Application on April 29, 2025.

This Order will remain in effect until further order from the Court or within 14 days of this Order, whichever comes first.

**SO ORDERED.**

Date: April 17, 2025                                  _____
                                                     ANA C. REYES
                                                     United States District Court Judge