IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Akshar Patel, | ) | C/A No.:  1:25-cv-01096-ACR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement, | ) | |
| | ) | |
| Defendant. | ) | |

### Notice of Supplemental Authority

Plaintiff now provides this brief notice of supplemental authority in support of his renewed motion of preliminary injunction. ECF No. 12. First, because this Court ordered Plaintiff to address "finality" in his renewed motion, Plaintiff now provides a transcript for an argument in this Court in a nearly identical case where Defendant withdrew its finality argument. Ex. A. at 4. Plaintiff reasonably believes that Defendant will similarly withdraw any objections to finality here.  Second, while Defendant stands by Mr. Watson's claim that SEVIS terminations do not deprive F-1 students of immigration status, the White House Deputy Chief of Staff for Policy states otherwise:



https://x.com/StephenM/status/1915766706376487087 (last visited April 25, 2025 at 5:03 PM EST). It is unclear what the official position of the government is with regards to the removability of plaintiff. However, if this Court sets aside the SEVIS termination, he will be returned to a legal position as though the termination never occurred, which will put him in a better position to prevent the kind of irreparable harm that Mr. Miller seemingly advocates for as a matter of White House Policy.

| | |
|---|---|
| April 25, 2025 | Respectfully submitted, |
| | s/Steven A. Brown<br>STEVEN A. BROWN<br>Reddy Neumann Brown PC<br>11000 Richmond Ave, Suite 600<br>Houston, TX 77042<br>P: (713) 953-7787 ext. 145<br>steven@rnlawgroup.com<br>TXB 24091928 |
| | s/Brad Banias<br>BRAD BANIAS<br>Banias Law, LLC<br>602 Rutledge Avenue<br>Charleston, SC 29403<br>843.352.4272<br>brad@baniaslaw.com |
| | Attorneys for Plaintiff |