IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Akshar Patel, | ) | C/A No.: 1:25-cv-01096-ACR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>Response to Order re: Media Request</u>**

Plaintiff does not object, as a whole, to the request. Plaintiff wishes to have some aspects of this case, mainly PII, still restricted. Notably, Plaintiff does not want public the exhibits found in ECF No. 2, and the administrative record that contains his PII. Plaintiff has attached a version of the record in which Plaintiff has redactions in gray (vs. ICE redactions in black).

May 2, 2025

Respectfully submitted,

<u>s/Steven A. Brown</u>
STEVEN A. BROWN
Reddy Neumann Brown PC
11000 Richmond Ave, Suite 600
Houston, TX 77042
P: (713) 953-7787 ext. 145
steven@rnlawgroup.com
TXB 24091928

<u>s/Brad Banias</u>
BRAD BANIAS
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403

843.352.4272
brad@baniaslaw.com

Attorneys for Plaintiff