# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AKSHAR PATEL.,

Plaintiff,

v.

No. 1:25-CV-1096

TODD M. LYONS, ACTING
DIRECTOR, U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT.,

Defendant.

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Akil Baldwin, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the  Deputy Assistant Director for the National Security Division of Homeland
   Security Investigations (HSI). Prior to becoming the Deputy Assistant Director, I served
   as the Division Chief for the HSI Office of International Operations. I have additionally
   served as the HSI Attache in Hong Kong; Assistant Special Agent in Charge in New
   York, N.Y., and Assistant Attache in Brussels, Belgium.

2. The facts attested to herein are based upon my personal knowledge or upon information
   provided to me in my official capacity, including review of information obtained from
   various records, systems, databases, other Department of Homeland Security (DHS)
   employees, and information portals maintained and relied upon by DHS in the regular
   course of business.

3. The documents listed in the accompanying Administrative Record Index and contained in the files annexed hereto, constitute to the best of my knowledge and belief, a true and complete copy of all non-privileged documents and materials considered by ICE regarding the termination of the Plaintiff's SEVIS record on April 3, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April 2025.

AKIL R BALDWIN
Digitally signed by AKIL R BALDWIN
Date: 2025.04.28 19:23:57 -04'00'

Akil Baldwin, Deputy Assistant Director
National Security Division
Homeland Security Investigations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AKSHAR PATEL,

Plaintiff,

v.

TODD M. LYONS, ACTING
DIRECTOR, U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT.,

Defendant.

No. 1:25-CV-1096

## CERTIFIED INDEX TO ADMINISTRATIVE RECORD

| **Document** | **Page** |
|---|---|
| 1.  Email from Homeland Security Investigations (HSI) Assistant Director Andre Watson to Shane Myers, U.S. Department of State, *SEVIS NCIC Hits – Letter Request for Consideration*, April 1, 2025 | AR001 |
| 2.  Letter from Assistant Director Andre Watson to Acting Principal Deputy Assistant Secretary, Shane Myers, *Re: SEVIS NCIC Hits* and attached March 31st spreadsheet. Includes extraction of entry regarding the Plaintiff. | AR002-AR022 |
| 3.  Email from U.S. Department of State to Homeland Security Investigations, *FW: FW: Draft Email for [REDACTED] to send to DHS: For DHS - Delta List by valid and no valid visa* and attached April 2nd spreadsheet. | AR023-AR040 |

| | |
|---|---|
| **From:** | Watson, Andre R (HSI) |
| **To:** | Myers, Shane I |
| **Cc:** | ███████████████  ███████████ |
| **Subject:** | SEVIS NCIC Hits - Letter Request for Consideration |
| **Date:** | Tuesday, April 1, 2025 4:58:00 PM |
| **Attachments:** | SEVIS NCIC (NSLD 2025.04.01).pdf |
| | DELTA Student Criminal Alien Initiative - SEVIS Matches Mar 31.xlsx |
| | image001.png |

Good afternoon Shane:

In furtherance of our Student Criminal Alien Initiative, the attached letterhead memo and spreadsheet containing positive NCIC hits for 735 foreign students are respectfully submitted for your review and any action deemed appropriate.

The spreadsheet is password protected.  The password will follow in a separate email.

Standing by for additional requirements and thank you very much for your support

Best,
Andre

_____

**Andre R. Watson**
**Assistant Director**
**U.S. Department of Homeland Security | U.S. Immigration and Customs Enforcement**
**Homeland Security Investigations | National Security Division**
**Office:** ████████████ **| Cell:** ██████████████



AR002





*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C.  20536

LAW ENFORCEMENT SENSITIVE

Shane Myers
Principal Deputy Assistant Secretary, Acting
Bureau of Consular Affairs
Department of State

Re: SEVIS NCIC Hits

Dear Mr. Myers:

I am writing to provide the attached spreadsheet containing positive NCIC hits of current foreign students for your review and any action you deem appropriate.

If you require further assistance or additional information, please let me know. I can be reached at ████████.

Respectfully,

Andre R. Watson
Assistant Director
National Security Division



**U.S. Immigration and Customs Enforcement**

LAW ENFORCEMENT SENSITIVE



Case 1:25-cv-01096-ACR    Document 17    Filed 04/28/25    Page 6 of 43

AR003



AR004



AR005

AR005





AR007

AR007



AR008

AR008

Case 1:25-cv-01096-ACR    Document 17    Filed 04/28/25    Page 12 of 43

AR009



AR009



AR010

AR010



AR011



AR012

AR012



AR013

AR013



AR014



AR015

AR015



AR016

AR016





Case 1:25-cv-01096-ACR    Document 17    Filed 04/28/25    Page 21 of 43

AR018

AR018



AR019

AR019



AR020

AR020



AR021

AR021

AR022

| ID | FBI Number | Status | In/Out Country | LAST_NAME | FIRST_NAME | DOB | FIN | SEVIS ID |
|----|-----------|--------|----------------|-----------|------------|-----|-----|----------|
| 43 | | | | | | | | |

| Arrest Date | Local Case Number | Arrest Agency | Arrest Charge Literal | Arrest Charge Statute | Arrest - Mapped NCIC Code | Arrest NCIC Code |
|-------------|-------------------|---------------|------------------------|------------------------|----------------------------|-------------------|
| | | | | | | |

| Court Name | Court Charge Literal | Court Charge Statute | Court - Mapped NCIC Code | Court NCIC Code | Court Disposition | Disposition Date |
|------------|----------------------|----------------------|---------------------------|------------------|-------------------|-------------------|
| | | | | | ( 2018-11-02; HELD)\|\| Prosecutor  (Cycle 001)\|\| ( 2019-02-21; DISMISSED) | |

| Sentencing | Arrest Cycle | State Code |
|------------|--------------|------------|
| | | TX |

**From:**
**To:** ▮
**Subject:** FW: Draft Email for ▮ to send to DHS: For DHS - Delta List by valid and no valid visa
**Date:** Wednesday, April 2, 2025 3:50:29 PM
**Attachments:** For DHS - Delta List Valid and No Valid Visa.xlsx

Please terminate all in SEVIS.

▮

Division Chief
Homeland Security Investigations
National Security Division
Counterterrorism Division
Cell: ▮

**From:** ▮ @state.gov>
**Sent:** Wednesday, April 2, 2025 3:35 PM
**To:** ▮ @hsi.dhs.gov>; ▮
▮ @hsi.dhs.gov>
**Cc:** ▮ @state.gov>; ▮ @state.gov>;
▮ @state.gov>
**Subject:** FW: Draft Email for ▮ to send to DHS: For DHS - Delta List by valid and no valid visa

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

 ,

We've run the Delta data against our systems.

- The first tab lists individuals with valid visas – how would you like us to prioritize revocations of these visas? ▮
- The second tab is students without a valid visa. We request that DHS terminate SEVIS status for these individuals as there is no valid visas for us to revoke and they were admitted under duration of status."

Regards,

▮

SENSITIVE BUT UNCLASSIFIED

AR024

| Surname | Given Name | DOB | SEVIS |
|---------|------------|-----|-------|

AR025

AR026

AR028



AR029

AR030





AR033



AR036

| Surname | Given Name | DOB | SEVIS |
|---------|-----------|-----|-------|

AR036



AR038



PATEL

AR038

AR039

AR040

