IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Akshar Patel, | C/A No.: 1:25-cv-1096 |
| Plaintiff, | |
| v. | |
| Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to this Court's April 29, 2025, order, the parties provide the following status report. The parties have been unable to agree on language that would fully resolve the merits of this case. In accordance with the Court's instructions at the April 29, 2025, hearing, the parties will email the Court's chambers to set up a call to discuss how to proceed.

May 6, 2025

EDWARD R. MARTIN, JR.,
D.C. Bar #481866
United States Attorney

By:      /s/ *Johnny Walker*
    JOHNNY H. WALKER, III,
    D.C. Bar #991325
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2511

*Attorneys for the United States of America*

Respectfully submitted,

     /s/Steven A. Brown
STEVEN A. BROWN
Reddy Neumann Brown PC
11000 Richmond Ave, Suite 600
Houston, TX 77042
P: (713) 953-7787 ext. 145
steven@rnlawgroup.com
TXB 24091928

     /s/Brad Banias
BRAD BANIAS
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403
843.352.4272
brad@baniaslaw.com

Attorneys for Plaintiff

1