# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AKSHAR PATEL.,

Plaintiff,

v.                                              No. 1:25-CV-1096

TODD M. LYONS, ACTING
DIRECTOR, U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT.,

Defendant.

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Akil Baldwin, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.  I am the  Deputy Assistant Director for the National Security Division of Homeland
    Security Investigations (HSI). Prior to becoming the Deputy Assistant Director, I served
    as the Division Chief for the HSI Office of International Operations. I have additionally
    served as the HSI Attache in Hong Kong; Assistant Special Agent in Charge in New
    York, N.Y., and Assistant Attache in Brussels, Belgium.

2.  The facts attested to herein are based upon my personal knowledge or upon information
    provided to me in my official capacity, including review of information obtained from
    various records, systems, databases, other Department of Homeland Security (DHS)
    employees, and information portals maintained and relied upon by DHS in the regular
    course of business.

3.  The documents listed in the accompanying Administrative Record Index and contained in

    the files annexed hereto, constitute to the best of my knowledge and belief, a true and

    complete copy of all non-privileged documents and materials considered by ICE

    regarding the termination of the Plaintiff's SEVIS record on April 3, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April 2025.

AKIL R BALDWIN

Digitally signed by AKIL R BALDWIN
Date: 2025.04.28 19:23:57 -04'00'

Akil Baldwin, Deputy Assistant Director
National Security Division
Homeland Security Investigations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AKSHAR PATEL,

Plaintiff,

v.                                              No. 1:25-CV-1096

TODD M. LYONS, ACTING
DIRECTOR, U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT.,

Defendant.

## CERTIFIED INDEX TO ADMINISTRATIVE RECORD

| **Document** | **Page** |
|---|---|
| 1.  Email from Homeland Security Investigations (HSI) Assistant Director Andre Watson to Shane Myers, U.S. Department of State, *SEVIS NCIC Hits – Letter Request for Consideration*, April 1, 2025 | AR001 |
| 2.  Letter from Assistant Director Andre Watson to Acting Principal Deputy Assistant Secretary, Shane Myers, *Re: SEVIS NCIC Hits* and attached March 31st spreadsheet. Includes extraction of entry regarding the Plaintiff. | AR002-AR022 |
| 3.  Email from U.S. Department of State to Homeland Security Investigations, *FW: FW: Draft Email for [REDACTED] to send to DHS: For DHS - Delta List by valid and no valid visa* and attached April 2nd spreadsheet. | AR023-AR040 |

| | |
|---|---|
| **From:** | Watson, Andre R (HSI) |
| **To:** | Myers, Shane I |
| **Cc:** | ▮▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮ |
| **Subject:** | SEVIS NCIC Hits - Letter Request for Consideration |
| **Date:** | Tuesday, April 1, 2025 4:58:00 PM |
| **Attachments:** | SEVIS NCIC (NSLD 2025.04.01).pdf |
| | DELTA Student Criminal Alien Initiative - SEVIS Matches Mar 31.xlsx |
| | image001.png |

Good afternoon Shane:

In furtherance of our Student Criminal Alien Initiative, the attached letterhead memo and spreadsheet containing positive NCIC hits for 735 foreign students are respectfully submitted for your review and any action deemed appropriate.

The spreadsheet is password protected.  The password will follow in a separate email.

Standing by for additional requirements and thank you very much for your support

Best,
Andre

_____

**Andre R. Watson**
Assistant Director
U.S. Department of Homeland Security | U.S. Immigration and Customs Enforcement
Homeland Security Investigations | National Security Division
Office: ▮▮▮▮▮▮▮ | Cell: ▮▮▮▮▮▮▮





*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C.  20536

LAW ENFORCEMENT SENSITIVE

Shane Myers
Principal Deputy Assistant Secretary, Acting
Bureau of Consular Affairs
Department of State

Re: SEVIS NCIC Hits

Dear Mr. Myers:

I am writing to provide the attached spreadsheet containing positive NCIC hits of current foreign students for your review and any action you deem appropriate.

If you require further assistance or additional information, please let me know. I can be reached at ███████████.

Respectfully,

Andre R. Watson
Assistant Director
National Security Division



**U.S. Immigration and Customs Enforcement**

LAW ENFORCEMENT SENSITIVE



AR003



AR004



AR005



AR006

AR006



AR007



AR008

AR008



AR009

AR009



AR010

AR010





AR012

AR012



AR013

AR013



AR014

AR014



AR015

AR015



AR016



AR017



AR018

AR018



AR019

AR019



AR020

AR020



AR021

| ID | FBI Number | Status | In/Out Country | LAST_NAME | FIRST_NAME | DOB | FIN | SEVIS ID |
|----|-----------|--------|----------------|-----------|------------|-----|-----|----------|
| 43 | | | | | | | | |

| Arrest Date | Local Case Number | Arrest Agency | Arrest Charge Literal | Arrest Charge Statute | Arrest - Mapped NCIC Code | Arrest NCIC Code |
|-------------|-------------------|---------------|----------------------|----------------------|---------------------------|------------------|
| | | | | | | |

| Court Name | Court Charge Literal | Court Charge Statute | Court - Mapped NCIC Code | Court NCIC Code | Court Disposition | Disposition Date |
|------------|----------------------|----------------------|--------------------------|-----------------|-------------------|------------------|
| | | | | | ( 2018-11-02; HELD)\|\| Prosecutor  (Cycle 001)\|\| ( 2019-02-21; DISMISSED) | |

| Sentencing | Arrest Cycle | State Code |
|------------|--------------|-----------|
| | | TX |

**From:**
**To:** ███████
**Subject:** FW: Draft Email for ██ to send to DHS: For DHS - Delta List by valid and no valid visa
**Date:** Wednesday, April 2, 2025 3:50:29 PM
**Attachments:** For DHS - Delta List Valid and No Valid Visa.xlsx

Please terminate all in SEVIS.

███████████

Division Chief
Homeland Security Investigations
National Security Division
Counterterrorism Division
Cell: ██████████

**From:** ███████████████ @state.gov>
**Sent:** Wednesday, April 2, 2025 3:35 PM
**To:** ████████████████ @hsi.dhs.gov>; ███████████
████████ @hsi.dhs.gov>
**Cc:** ██████████████ @state.gov>; ██████████ @state.gov>;
████████████ @state.gov>
**Subject:** FW: Draft Email for ██ to send to DHS: For DHS - Delta List by valid and no valid visa

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

,

We've run the Delta data against our systems.

- The first tab lists individuals with valid visas – how would you like us to prioritize revocations of these visas? █████████████████████
- The second tab is students without a valid visa. We request that DHS terminate SEVIS status for these individuals as there is no valid visas for us to revoke and they were admitted under duration of status."

Regards,

███

SENSITIVE BUT UNCLASSIFIED

| Surname | Given Name | DOB | SEVIS |
|---------|------------|-----|-------|

AR026

AR027



AR029



SENSITIVE BUT UNCLASSIFIED
AR030



AR033

AR035

| Surname | Given Name | DOB | SEVIS |
| --- | --- | --- | --- |

AR037



PATEL

AR039

AR040

