IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Akshar Patel, | ) | C/A No.: 1:25-cv-01096-ACT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## WITHDRAWAL OF PRELIMINARY INJUNCTION

Plaintiff hereby withdraws his motion for a preliminary injunction. In light of recent representations made by Defendant, and those made in open court, plaintiff believes he can safely withdraw his motion for preliminary injunction. Further, for dozens of individuals across the US, Defendant has entered into consent orders with terms that would resolve all outstanding issues in this case, but for some reason has not been able to do so yet in this District. Settlement Agreements (examples attached as Ex. A and B). In a good faith effort to work with Defendant, Plaintiff hereby withdraws the motion for preliminary injunction and reserves the right to file a new emergency motion if necessary.

May 14, 2025

Respectfully submitted,

s/Steven A. Brown
STEVEN A. BROWN
Reddy Neumann Brown PC
10333 Richmond Avenue, Suite 1050
Houston, TX 77042
P: (713) 953-7787 ext. 145
steven@rnlawgroup.com
TXB 24091928

s/Brad Banias

1

BRAD BANIAS
Banias Law, LLC
602 Rutledge Avenue

Charleston, SC 29403
843.352.4272
brad@baniaslaw.com

Attorneys for Plaintiff