UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKSHAR PATEL,<br><br>      Plaintiff,<br><br>    v.<br><br>TODD M. LYONS, Acting Director,<br>U.S. Immigration and Customs Enforcement,<br><br>      Defendant. | Civil Action No. 25-1096 (ACR) |

## **DEFENDANT'S MOTION TO DISMISS**

By and through undersigned counsel and pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(1), Defendant respectfully moves to dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction. The grounds for this motion are set forth in the accompanying memorandum. A proposed order is enclosed herewith.

Dated: June 10, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

BRIAN P. HUDAK, D.C. Bar #90034769
Chief, Civil Division

By:     */s/ Johnny Walker*
      JOHNNY H. WALKER, III, D.C. Bar 991325
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2511

*Attorneys for the United States of America*