IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Akshar Patel, | ) C/A No.: 1:25-cv-01096 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement, | ) |
| | ) |
| Defendant. | ) |

**JOINT RESPONSE TO COURT ORDER**

The Court has ordered both parties to file a joint notice on the docket notating whether Mr. Patel remains in the Country on F-1 status. *See* Minute Order dated November 14, 2025. Both parties have met and can confirm that, based on current records, Mr. Patel remains in the United States in lawful F-1 nonimmigrant status. Should the Court have any more questions, the Parties are happy to answer them.

November 17, 2025

Respectfully submitted,

s/Steven A. Brown
STEVEN A. BROWN
Reddy Neumann Brown PC
11000 Richmond Ave, Suite 600
Houston, TX 77042
P: (713) 953-7787 ext. 145
steven@rnlawgroup.com
TXB 24091928

s/Brad Banias
BRAD BANIAS
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403
843.352.4272
brad@baniaslaw.com

Attorneys for Plaintiff

JEANINE FERRIS PIRRO
United States Attorney

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2525
dhruman.sampat@usdoj.gov

*Attorney for the United States of America*