UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AKSHAR PATEL,

    *Plaintiff*,

v.

TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement,

    *Defendant*.

Case No. 25-cv-01096 (ACR)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby:

**GRANTS** Plaintiff's Motion for Summary Judgment, Dkt. 28;

**DENIES** Defendant's Motion to Dismiss, Dkt. 26;

**ORDERS** that Defendant Todd M. Lyons, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement, is enjoined from terminating Plaintiff Akshar Patel's SEVIS record for reasons outside of those contained in statute or regulation; and

**DIRECTS** the Clerk of Court to close this case.

**SO ORDERED.**

Date: February 27, 2026

                                                                                       ANA C. REYES
                                                                                       United States District Judge