# BRAD BANIAS

602 Rutledge Avenue, Charleston, South Carolina 29403
Brad@Baniaslaw.com • (843) 352-4272

## PROFESSIONAL EXPERIENCE

Banias Law, LLC                                                      May 2022 - Present
- Principal

Wasden Banias, LLC                                                  Oct. 2019 – April 2022
- Managing Member

Charleston School of Law                                            Aug. 2014 – present
- Adjunct Professor
- Immigration Law, Administrative Law, and Federal Courts and Immigration Law

Barnwell, Whaley, Patterson & Helms, LLC                            Oct. 2013 – Oct. 2019
- Attorney
- Focus on business litigation, federal court immigration litigation, and family, employment and investment-based immigration petitions

United States Department of Justice – Civil Division                Sep. 2010 – Sep. 2013
- Trial Attorney – Office of Immigration Litigation - District Court Section
- Defended Departments of State, Homeland Security, and Labor in Article III courts

United States Court of Appeals for the Fourth Circuit               Aug. 2009 – Aug. 2010
- Law Clerk to the Honorable Dennis W. Shedd (Ret.)

United States District Court for the District of South Carolina     Aug. 2007 – Aug. 2008
- Law Clerk to the Honorable G. Ross Anderson, Jr. (Dec.)

## PROFESSIONAL MEMBERSHIPS

American Immigration Lawyers Association                            Oct. 2013 – October 2022
- Chair of the Federal Litigation Section for the Carolinas Chapter

James L. Petigru American Inn of Court                              July 2015 – present
- Nominated and accepted as member

## EDUCATION

Columbia Law School                                                Aug. 2008 – May 2009
LL.M., James Kent Scholar (highest honors)

Charleston School of Law                                           Aug. 2004 – May 2007
J.D., *summa cum laude* (top 2%)
- Charleston Law Review and Moot Court Board

College of Charleston Honors College                               Aug. 2000 – Dec. 2003
B.A., *cum laude*, Philosophy

Recent Cases

*Dubon v. Jaddou,*
    109 F.4th 307 (4th Cir. 2024)

*Soni v. Jaddou,*
    103 F.4th 1271 (7th Cir. 2024)

*Cheejati v. Blinken,*
    106 F.4th 388 (5th Cir. 2024).

*Thigulla v. Jaddou,*
    94 F.4th 770 (8th Cir. 2024)

*Babaria v. Blinken,*
    87 F.4th 963 (9th Cir. 2023)

*Da Costa v. Imm. Investor Prog. Off.,*
    80 F.4th 330 (D.C. Cir. 2023)

*Barrios-Garcia v. U.S. Dep't Homeland Security,*
    25 F.4th 430 (6th Cir. 2022)

*Cuthill v. Blinken,*
    990 F.3d 272, 274 (2d Cir. 2021)

*Jimenez-Rodriguez v. Garland,*
    996 F.3d 190, 191 (4th Cir. 2021)

*Gonzalez v. Cuccinelli,*
    985 F.3d 357, 361 (4th Cir. 2021)

*Bedoya v. Barr,*
    981 F.3d 240, 242 (4th Cir. 2020)

*Perez v. Cuccinelli,*
    949 F.3d 865, 867 (4th Cir. 2020) (en banc)

*N. Rockies Reg'l Ctr., LLC v. Jaddou,*
    — F. Supp. 3d—, 2024 WL 3594297 (D. Mont. July 31, 2024)

*ITServe All., Inc. v. Cissna,*
    443 F. Supp. 3d 14 (D.D.C. 2020)