# STEVEN A. BROWN

*Partner – Immigration Attorney | Federal Litigation*

## PROFESSIONAL SUMMARY

Immigration Partner at Reddy Neumann Brown PC with over eight years of experience representing corporate clients and individuals in employment-based immigration matters and federal litigation. Founder and leader of the firm's Litigation Team, widely recognized as one of the nation's leading practitioners in federal immigration-benefits litigation, SEVIS-related litigation, and visa-revocation challenges. Counsel in landmark cases including Shergill v. Mayorkas and lead counsel in SEVIS termination litigation in the District of Columbia. Advises Fortune 500 companies, technology consultancies, engineering firms, and healthcare systems. Quoted in Bloomberg, Forbes, Newsweek, Law360, and Times of India.

## CORE COMPETENCIES

| | | |
|---|---|---|
| • Federal Court Litigation | • H-1B / L-1 / E-3 / TN / O-1 | • SEVIS Compliance & Litigation |
| • Visa Revocation Challenges | • EB-1 / EB-2 / EB-5 Green Cards | • DOL / I-9 Compliance |
| • FOIA Litigation | • F-1 / OPT / CPT / STEM OPT | • Team Leadership & Mentoring |

## LEGAL EXPERIENCE

**Reddy Neumann Brown PC – Houston, TX**                              *January 2017 – Present*
*Partner | Head of Litigation Team*

- Founded and leads the firm's Litigation Team, serving as one of the nation's leading practitioners in federal immigration-benefits litigation, SEVIS litigation, and visa-revocation challenges.
- Served as counsel in *Shergill v. Mayorkas*, the landmark case through which the U.S. government recognized L-2 spouse and certain E-dependent work authorization incident to status, transforming the lives of thousands of families.
- Served as lead counsel multiple cases challenging the 2025 SEVIS termination litigation in the District of Columbia, where the court examined DHS's use of NCIC batch processing and mass SEVIS terminations without individualized review.
- Successfully overturned USCIS denials based on fraud or misrepresentation findings in federal district court proceedings.
- Litigates unlawful delays, improper denials, FOIA violations, SEVIS terminations, and DHS/DOS/USCIS policy and regulatory actions involving EADs, advance parole, adjustment of status, nonimmigrant visa petitions, 221(g) decisions, and EB-5 and employment-based processing backlogs.
- Advises Fortune 500 companies, technology consultancies, engineering firms, and healthcare systems on H-1B, L-1A/L-1B, TN, E-3, O-1, P visas, and employment-based green-card processes including EB-1 and EB-2.
- Counsels F-1 students and universities on SEVIS compliance, status maintenance, reinstatement, CPT/OPT/STEM OPT, and adverse actions involving DHS, ICE, and DOS.
- Assists companies with DOL Wage and Hour audits, Public Access File reviews, I-9 compliance, and administrative hearings.
- Represents corporate clients in DOL wage and hour investigations, FDNS investigations, and before Administrative Law Judges.
- Regular speaker at AILA national and regional conferences on nonimmigrant visas, federal litigation, and SEVIS issues

**Law Offices of Chen & Associates – Houston, TX**                              *February 2016 – October 2016*
*Contract Attorney*

- Drafted support letters for EB-1A, EB-1C, and EB-2 NIW petitioners.

- Researched journal impact factors and petitioner citation records.
- Reviewed evidence to evaluate immigration benefit qualifications.

**Texas Attorney General – Consumer Protection Division, Austin, TX**          *August 2016 – December 2016*
*Volunteer Attorney*

- Prepared litigation documents including Original Petitions, Motions for Summary Judgment, Requests for Admission, Requests for Production, Interrogatories, and various motions.

**Keeling Law Firm – Houston, TX**          *March 2015 – December 2015*
*Law Clerk*

- Conducted research for Chapter 7 and Chapter 13 bankruptcy proceedings including automatic stay, lien stripping, community property, and mental health confidentiality.
- Drafted and filed objections, plan modifications, responses, and fee applications; communicated directly with debtors throughout the bankruptcy process.

## EDUCATION

**South Texas College of Law – Houston, TX**          *May 2016*
*Doctor of Jurisprudence (J.D.)*

**Texas A&M University – College Station, TX**          *May 2012*
*Bachelor of Science, Leadership Studies*

## BAR ADMISSIONS & FEDERAL COURTS

State of Texas – November 2016 (Bar No. 24091928)

Federal Courts: Supreme Court of Texas, Southern District of Texas, District of Columbia, Northern District of Illinois, Western District of Texas, District of Nebraska, Northern District of Texas, District of Nebraska, Eastern District of Texas, Northern District of New York, US Court of Appeals for the Fifth Circuit, US Court of Appeals for the First Circuit, United States Supreme Court

## PROFESSIONAL ASSOCIATIONS & LEADERSHIP

- American Immigration Lawyers Association (AILA) – Member; Benefits Litigation Committee
- Greater Houston Partnership – Immigration Advisory Committee
- Texas State Guard – Major; Brigade Staff Judge Advocate (August 2013–Present); former Battalion Executive Officer

## PUBLICATIONS & MEDIA

- Acknowledged contributor, Litigating Immigration Cases in Federal Court, 6th Edition (Robert Pauw).
- Quoted expert in Bloomberg, Forbes, Newsweek, Law360, and Times of India on immigration litigation and policy.