STEVEN BROWN- TIMESHEET
*Patel v. Lyons*, No. 1:25-cv-1096-ACR

| Date | Tasks For **Steven Brown** | Hours |
|---|---|---|
| 4/10/2025 | Reviewed client file, drafted complaint, prepared client declaration, and conducted evidence review for TRO filing | 2.00 |
| 4/11/2025 | Reviewed filed Complaint, TRO Motion with exhibits and declarations, case assignment, and summons issuance; reviewed Notice of Appearance filed by Government counsel ( | 0.50 |
| 4/14/2025 | Reviewed court notice: TRO hearing set for 4/16 at 10:30 AM; reviewed Minute Order directing parties to meet and confer and file Joint Status Report by 4/15 at 6:00 PM | 0.20 |
| 4/15/2025 | Filed Notice of Appearance on behalf of Plaintiff Akshar Patel | 0.20 |
| 4/15/2025 | Drafted Joint Status Report for Government review; exchanged emails with Government counsel (Joseph Carilli, USADC) coordinating language and content; revised based on Government input; filed First JSR | 0.75 |
| 4/15/2025 | Reviewed Government's Opposition to TRO and Minute Order directing Government to provide legal basis for SEVIS termination by 10:00 AM on 4/16 | 1.00 |
| 4/15/2025 | Reviewed and responded to email from Government attorney regarding client's SEVIS number and record details | 0.20 |
| 4/15/2025 | Reviewed Minute Order directing second Joint Status Report by 9:00 PM; reviewed Government draft of Second JSR; coordinated with Mr. Banias on recommended edits; exchanged emails with Government counsel finalizing content; filed Second JSR | 0.50 |
| 4/16/2025 | Prepared for and attended TRO/PI Evidentiary Hearing before Judge Reyes (videoconference); participated in 9:00 AM court-ordered meet-and-confer with Government counsel | 5.00 |
| 4/16/2025 | Drafted and filed Notice of Supplemental Authority following hearing | 0.75 |
| 4/17/2025 | Reviewed written TRO Order granting Plaintiff's application; reviewed and provided edits to Plaintiff's reply brief | 0.75 |
| 4/17/2025 | Reviewed Minute Order directing SEVIS reinstatement; communicated with client regarding TRO result and next steps | 0.10 |
| 4/18/2025 | Emails and calls with AUSA regarding Minute Order for JSR; discussed motion to extend deadline due to agency delay in reinstating SEVIS record | 0.75 |
| 4/19/2025 | Reviewed new proposed JSR draft from Agency counsel; suggested edits reflecting Plaintiff's position | 0.50 |
| 4/21/2025 | Reviewed draft of Notice of Supplemental Authority; email to AUSA regarding same | 0.30 |
| 4/21/2025 | Reviewed Renewed Motion for Preliminary Injunction / MSJ; filed by co-counsel; communicated with client regarding case status and upcoming PI hearing | 0.50 |

STEVEN BROWN- TIMESHEET
*Patel v. Lyons*, No. 1:25-cv-1096-ACR

| Date | Description | Hours |
|---|---|---|
| 4/22/2025 | Reviewed 4/16 hearing transcript (51 pages) for preparation and substantive case analysis | 1.25 |
| 4/23/2025 | Communication with client regarding preliminary injunction strategy and current SEVIS reinstatement status | 0.50 |
| 4/23/2025 | Reviewed Minute Order re: administrative record; emailed Government counsel regarding compliance | 0.30 |
| 4/24/2025 | Reviewed Government draft of Joint Status Report; reviewed Plaintiff's position; sent revised version to Government counsel for review | 0.50 |
| 4/25/2025 | Reviewed and redlined Motion for Preliminary Injunction drafted by Mr. Banias; coordinated with co-counsel on final revisions | 2.00 |
| 4/25/2025 | Drafted and filed Notice of Supplemental Authority; Badam Transcript and Watson Hearing Transcript from Mashatti case | 0.75 |
| 4/28/25 | Flight to DC | 3.00 |
| 4/29/2025 | Prepared for and attended Preliminary Injunction / MSJ hearing before Judge Reyes; post-hearing client update | 3.50 |
| 4/29/2025 | Reviewed Government's notice at ECF No. 20; compared new SEVIS policy to regulations for future briefing | 1.50 |
| 4/29/25 | Flight back to Houston | 3.00 |
| 4/30/2025 | Reviewed Court Minute Order; emailed Government counsel regarding same | 0.30 |
| 5/1/2025 | Reviewed Government notice regarding 4/30 Minute Order and Government's new positions regarding SEVIS policy | 0.50 |
| 5/2/2025 | Reviewed Government response filed at ECF 24 | 0.20 |
| 5/2/2025 | Drafted and filed Plaintiff's Response to Government notice | 1.00 |
| 5/2/2025 | Drafted Plaintiff's position for Joint Status Report re mootness; multiple emails with Government counsel coordinating content and language | 1.50 |
| 5/2/2025 | Drafted and filed Notice of Supplemental Authority: NDGA Order and hearing transcript | 0.75 |
| 5/3/2025 | Emails with Government counsel regarding non-filed administrative record and Government's compliance obligations | 0.50 |
| 5/3/2025 | Reviewed administrative record filed by Government | 1.50 |
| 5/4/2025 | Reviewed Government notice and assessed impact on case posture | 0.20 |
| 5/5/2025 | Multiple emails with Deputy Chief (USADC) regarding TRO extension; drafted language for 5/2 Minute Order reflecting Plaintiff's position; drafted and filed Joint Status Report | 1.50 |
| 5/6/2025 | Reviewed Minute Order lifting FRCP 5.2(c) sealing restrictions; email exchange with co-counsel regarding redaction obligations | 0.30 |

STEVEN BROWN- TIMESHEET
*Patel v. Lyons*, No. 1:25-cv-1096-ACR

| 5/6/2025 | Drafted and filed Notice of Supplemental Authority and filed | 1.00 |
|---|---|---|
| 5/7/2025 | Filed Notice of Redacted Administrative Record | 0.30 |
| 5/7/2025 | Drafted and filed Notice of Supplemental Authorit: Wisconsin case | 1.00 |
| 5/8/2025 | Emailed Government attorney regarding 5/8 Minute Order; compiled and circulated to co-counsel survey of 13 TROs and orders from similar SEVIS termination cases across the country | 1.25 |
| 5/12/2025 | Reviewed Government response | 0.20 |
| 5/14/2025 | Reviewed Court Minute Order regarding mootness and drafted summary for client; reviewed Government's Notice and Plaintiff's Notice of Withdrawal of PI Motion with settlement exhibits | 0.50 |
| 6/4/2025 | Reviewed and redlined Mr. Banias's draft Motion for Summary Judgment; coordinated edits with co-counsel | 1.50 |
| 6/24/2025 | Reviewed and redlined Mr. Banias's draft Opposition to Government's Motion to Dismiss as Moot and Reply in support of MSJ | 1.25 |
| 6/26/2025 | Reviewed Government's opposition filing; assessed arguments | 0.20 |
| 6/27/2025 | Reviewed court order regarding status conference scheduling; exchanged emails with co-counsel and Government counsel regarding consent order proposal | 0.20 |
| 7/11/2025 | Email to Government counsel regarding Court's Minute Order of 7/10 concerning potential resolution on attorney fees | 0.20 |
| 7/22/2025 | Prepared for and Attended status conference via videoconference before Judge Reyes | 0.75 |
| 7/28/2025 | Reviewed and redlined MSJ Reply brief drafted by Mr. Banias; coordinated on final filing | 0.75 |
| 10/29/2025 | Reviewed Notice of Substitution of Government counsel; emailed co-counsel welcoming new AUSA Dhruman Sampat and coordinating transition | 0.30 |
| 11/7/2025 | Reviewed Notice of Supplemental Authority; | 0.30 |
| 11/14/2025 | Reviewed Minute Order directing parties to file joint notice of Patel's F-1 status by 11/18 at noon; coordinated with co-counsel and Government counsel | 0.30 |
| 11/15/2025 | Email exchanges with co-counsel (Banias) and Government counsel (Sampat) coordinating joint notice confirming Patel's current F-1 status | 0.30 |
| 11/17/2025 | Reviewed joint notice filed in response to Court's 11/14 Order ECF No. 37 | 0.20 |
| 12/2/2025 | Reviewed, executed, and transmitted signed attorney declaration to co-counsel | 0.30 |

STEVEN BROWN- TIMESHEET
*Patel v. Lyons*, No. 1:25-cv-1096-ACR

| 2/27/2026 | Reviewed decision granting Plaintiff's Motion for Summary Judgment and denying Government's Motion to Dismiss; analyzed ruling for fees motion; communicated result to client | 1.75 |
|---|---|---|
| 2/27/2026 | Reviewed Order granting Summary Judgment in favor of Plaintiff; circulated to co-counsel and client | 0.20 |
| 3/13/2026 | Gathered exhibits for EAJA motion and forwarded to co-counsel. | 0.50 |
| 3/27/26 | Finalized timesheet. | 0.50 |
| TOTAL FEES — STEVEN A. BROWN | | 52.3 |

BRAD BANIAS TIMESHEET
*Patel v. Lyons*, No. 1:25-cv-1096-ACR

| Date | Tasks for **BRAD BANIAS** | Time |
|---|---|---|
| 4/11/25 | Finalized complaint; TRO; and declaration for TRO for filing; researched Rule 65 rules. | 3.2 |
| 4/11/25 | Emails with process server; ensured digital service. | 1.2 |
| 4/11/2025 | Emails with DDC civil Chief and AUSA Joseph Carilli who made appearance. l | 0.6 |
| 4/14/2025 | Reviewed order for TRO hearing set for 4/16 at 10:30 AM via video conference. | 0.2 |
| 4/14/2025 | Reviewed the filing — Minute Order directing parties to meet and confer; Joint Status Report due by 4/15 at 6:00 PM. Court notice from DCD_ECFNotice@dcd.uscourts.gov to Brad Banias. | 0.4 |
| 4/15/2025 | Emails with Joseph Carilli: initial coordination email for drafting First Joint Status Report ahead of 6:00 PM deadline. | 1.8 |
| 4/15/2025 | Edited joint status report; sent to opposing counsel for edits and filing. | 0.4 |
| 4/15/2025 | Emails and phone calls re: final version of first status report. | 0.3 |
| 4/15/2025 | Reviewed the filing — First Joint Status Report filed. Court notice from DCD_ECFNotice@dcd.uscourts.gov to Brad Banias. | 0.1 |
| 4/15/2025 | Reviewed Minute Order directing parties to file a second Joint Status Report. | 0.2 |
| 4/15/2025 | Reviewed Government's Opposition to TRO filed | 1.8 |
| 4/15/2025 | Reviewed Order directing Government to address legal basis for SEVIS termination by 10:00 AM on 4/16. | 0.2 |
| 4/15/2025 | Emails with Joseph Carilli: email initiating drafting of Second Joint Status Report ahead of 9:00 PM deadline. | 0.6 |
| 4/15/2025 | Edited second joint status | 0.3 |
| 4/15/2025 | Emails with Joseph Carilli: reply coordinating and finalizing Second Joint Status Report content. | 0.4 |
| 4/15/2025 | Reviewed Second Joint Status Report filed | 0.2 |
| 4/15/2025 | Reviewed Minute Order setting meet-and-confer at 9:00 AM on 4/16 via video conference. | 0.2 |
| 4/16/2025 | Emails with Joseph Carillie; teams meeting to do meet and confer | 0.7 |
| 4/16/2025 | Drafted and edited notice of supplemental authority | 0.3 |
| 4/16/2025 | Reviewed Government's Status Report | 0.3 |
| 4/16/2025 | Reviewed tI hearing set for 4/29 at 10:00 AM. | 0.2 |
| 4/16/25 | Prepared for and attended TRO/PI hearing; phone call with client after. | 5 |
| 4/16/2025 | Reviewed TRO GRANTED; SEVIS record reinstated immediately. | 0.3 |
| 4/21/25 | Drafted, edited, and finalized for filing supplemental motion for preliminary injunction. | 3.9 |
| 4/22/2025 | Drafted and edited notice of supplemental authority: Bushireddy Transcripts | |
| 4/24/2025 | Reviewed filing ordering government to answer questions. | 0.2 |
| 4/24/2025 | research re: government's answers to questions. | 1.2 |

BRAD BANIAS TIMESHEET
*Patel v. Lyons*, No. 1:25-cv-1096-ACR

| | | |
|---|---|---|
| 4/25/2025 | Reviewed Order directing Government to file administrative record with PI opposition. | 0.2 |
| 4/25/2025 | drafting new notice of supplemental authority; new cases. | 0.8 |
| 4/28/2025 | Reviewed in Opposition to Renewed PI / MSJ | 2 |
| 4/28/2025 | Reviewed administrative record. | 0.3 |
| 4/28/25 | Traveled to DC | 5 |
| 4/29/25 | Attended and prosecuted MSJ/PI hearing in person | 3.5 |
| 4/29/2025 | Flight back to Charleston | 5 |
| 5/2/2025 | Reviewed 4/29 hearing transcript. | 1.2 |
| 5/6/2025 | Reviewed Order lifting FRCP 5.2(c) sealing restrictions | 0.6 |
| 5/8/2025 | Emails with government re: orders around the country, settlement talk, | 1.2 |
| 5/14/2025 | Emails with client re: withdrawing the PI | 0.6 |
| 6/10/2025 | Reviewed government MTD; did initial research | 2.1 |
| 6/10/2025 | Emails with co counsel and client re: MTD arguments and step forward | 0.4 |
| 6/23/25 | drafted and edited response to motion to dismiss | 3.6 |
| 6/25/25 | Researched, drafted, and edited motion for summary judgment based on administrative record | 4.7 |
| 6/26/25 | Finalized and filed MSJ | 2.6 |
| 7/2/2025 | Emails with Johnny Walker re: the schedule forward. Abeyance | 0.6 |
| 7/2/2025 | Emails with Johnny Walke reply opposing Government's abeyance request; position that case should proceed. | 0.5 |
| 7/3/2025 | Emails with Johnny Walker about client's EAD and schedule coordination; settlement offer | 0.7 |
| 7/3/2025 | Reviewed Government's Motion to Hold MSJ in Abeyance / Motion for Extension of Time | 0.8 |
| 7/7/25 | Reviewed Order granting abeyance IN PAR. | 0.3 |
| 7/8/25 | Reviewed order for status conference. | 0.1 |
| 7/14/2025 | Prepared for status conference, but then it got cancelled | 0.3 |
| 7/21/2025 | Reviewed Opposition to Plaintiff's Motion for Summary Judgment; started research of recent law. | 2.1 |
| 7/22/2025 | Attended zoom conference with court | 0.6 |
| 7/28/2025 | Researched, drafted, and edited reply for MSJ | 2.2 |
| 10/29/2025 | Reviewed the filing — Substitution of Counsel (Doc #34): Dhruman Sampat (USADC) replaces Johnny Walker as Government's counsel. Court notice from DCD_ECFNotice@dcd.uscourts.gov to Brad Banias. | |
| 10/29/2025 | Emails with Dhruman Sampat; offered to settle | 0.3 |
| 11/14/2025 | Reviewed Order directing parties to file joint notice of Patel's current F-1 immigration status; emailed with client. | 1.1 |
| 11/14/2025–11/15/2025 | Emails with Dhruman Sampat; responding to court's order | 0.4 |
| 11/15/2025–11/16/2025 | Reviewed proposed statement to the court. | 0.2 |

BRAD BANIAS TIMESHEET
*Patel v. Lyons*, No. 1:25-cv-1096-ACR

| 11/17/2025 | Reviewed Response to Court's 11/14 Order confirming Patel's F-1 status | 0.2 |
|---|---|---|
| 2/27/2026 | Reviewed the filing — Memorandum Opinion (Doc #39) on Motion to Dismiss and Motion for Summary Judgment. Court notice from DCD_ECFNotice@dcd.uscourts.gov to Brad Banias. | 0.8 |
| 3/13/2026 | Started gathering information for EAJA motion; resumes, time sheets, etc.; did initial research for EAJA motion | 2.8 |
| 3/13/2026 | Drafted, edited, and finalized exhibits and motion for EAJA | 4.9 |
| | **Brad Banias's total Time** | 76.9 |