UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AKSHAR PATEL,

        Plaintiff,

    v.

TODD M. LYONS, Acting Director,
U.S. Immigration and Customs Enforcement,

        Defendant.

Civil Action No. 25-1096 (ACR)

**DEFENDANT'S OPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S EAJA MOTION**

Defendant, by and through undersigned counsel, respectfully requests that this Court extend the deadline to respond to Plaintiff's Motion for Fees and Costs under the Equal Access to Justice Act ("EAJA Motion") by forty-five days, which would set Defendant's new deadline to July 24, 2026. Defendant's current deadline is June 9, 2026. Pursuant to Local Civil Rule 7(m), the undersigned counsel conferred with Plaintiff's counsel, who opposes. A proposed order is attached.

Good cause to grant the relief requested exists. Following Plaintiff's filing of the EAJA Motion, Defendant has been exploring whether this matter may be resolved without judicial intervention. Defendant continues to consider whether resolution of attorneys' fees without judicial intervention is possible. Agency and undersigned counsel remain engaged in discussions and intend to have a firm position for Plaintiff in the coming weeks. However, various litigation deadlines, leave schedules, and staffing changes made at the agency have delayed further progress. Notwithstanding the foregoing, Defendant and undersigned counsel continue to work diligently to reach a final determination as quickly as possible. An additional forty-five days would benefit the

parties by allowing Defendant to confirm that it can work on this matter, and if so, explore the contours of any resolution.  These steps would also preserve judicial resources in the interim, and allow the parties to explore the opportunity to resolve the outstanding disputes without the need for further judicial intervention.

Additionally, undersigned counsel has numerous other litigation deadlines in the coming weeks.  By undersigned counsel's count, eight briefs are due between June 4 and June 29, most of which fall between June 4 and June 12.  Additionally, undersigned counsel will be out of the office from June 26 through July 5 and then again from July 16 through July 20.  This reasonable extension is to ensure that Defendant and counsel can continue to coordinate settlement discussions while balancing competing priorities.

While Plaintiff opposes this request, this extension will not cause any prejudice.  The Court has already granted summary judgment in Plaintiff's favor and enjoined Defendant from terminating his SEVIS record for reasons outside of those contained in statute or regulation.  *See* Order, ECF No. 42.  Therefore, there is no impact on Plaintiff's SEVIS records.  Additionally, Defendant acknowledges that Plaintiff has proposed that this matter be sent to the Court's mediation program, but such a decision is premature.  Defendant is continuing to explore whether resolution is possible, and that resolution may not need a court-appointed mediator.  At present, undersigned does not have authority to agree to mediation.  If the parties believe that mediation would be appropriate, they will jointly request it.  Finally, Plaintiff opposes the request on the ground that he does want the case to moot out while the settlement issue is pending and has been since the filing of his motion.  Defendant has represented to Plaintiff numerous times that the settlement is under consideration and the administrative process to contemplate settlement remains ongoing.  And Plaintiff has not explicitly provided an argument on this case, and the fee motion,

- 3 -

mooting out given that the Court has already ordered relief.  It is unclear how Plaintiff believes that the pending fee motion would be rendered moot with the passage of time.  Absent more, Defendant is unable to provide a meaningful response.  Nevertheless, for the good cause explained above, the Court should accordingly extend Defendant's time to respond.

Accordingly, Defendant requests that the Court grant this motion and extend the deadline to respond to Plaintiff's EAJA Motion.

Dated: June 4, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  _____ */s/ Dhruman Y. Sampat*  _____
DHRUMAN Y. SAMPAT
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AKSHAR PATEL,

        Plaintiff,

    v.

TODD M. LYONS, Acting Director,
U.S. Immigration and Customs Enforcement,

        Defendant.

Civil Action No. 25-1096 (ACR)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for an extension of time to file response to Plaintiff's motion for costs and fees, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED;

ORDERED that Defendant shall respond to Plaintiff's motion no later than July 24, 2026;

SO ORDERED.

_____
Dated

_____
ANA C. REYES
United States District Judge

- 4 -