

Steven Brown <steven@rnlawgroup.com>

## Hinge and Bushireddy
15 messages

---

**Graham-Oliver, Heather (USADC)** <Heather.Graham-Oliver@usdoj.gov>          Wed, Apr 1, 2026 at 11:31 AM
To: "Brad@baniaslaw.Com" <Brad@baniaslaw.com>, "steven@rnlawgroup.com" <steven@rnlawgroup.com>

Hi Brad and Steven:


Our answer deadline in *Bushireddy* is today, and I will need an extension on that.  I will also need an extension in *Hinge* (the answer is due on the 3rd).  We need to confer and decide what comes next.  You previously requested attorneys' fees.  Let me know what you are thinking. Thanks.


Best,


Heather


Heather Graham-Oliver

Deputy Chief

United States Attorneys' Office

Civil Division

601 D Street NW

Washington, D.C. 20530

Heather.graham-oliver@usdoj.gov

---

**Brad Banias** <Brad@baniaslaw.com>          Wed, Apr 1, 2026 at 11:35 AM
To: "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>, "steven@rnlawgroup.com" <steven@rnlawgroup.com>

Heather:

Good to hear from you!!  I hope things aren't too crazy in your office.

We should be filing for EAJA in Bushireddy this week, though it's not due for a couple of weeks.

For Hinge, we are happy to consent to an extension for you to answer. And yes, we do intend on pursuing MSJ in Hinge and then EAJA. If ICE is now willing to discuss attorneys' fees, we'd be happy to negotiate a global deal for Patel (we filed our EAJA motion last Friday), Bushireddy,

Hinge, and Mashatti. To date, ICE has shown no interest in settling fees in these cases. But perhaps now that we've gotten two summary judgments, they will change their position? We are happy to negotiate individual or globally and dismiss anything outstanding.

Let us know.

Brad

Brad Banias

843.352.4272



Experience. Candor. Results.

[Quoted text hidden]

---

**Graham-Oliver, Heather (USADC)** <Heather.Graham-Oliver@usdoj.gov>          Wed, Apr 1, 2026 at 12:44 PM
To: Brad Banias <Brad@baniaslaw.com>, "steven@rnlawgroup.com" <steven@rnlawgroup.com>

Are you willing to consent or not oppose an extension to file answer in Bushireddy as well?  Hopefully, we can wrap up all of these cases.

[Quoted text hidden]

---

**Brad Banias** <Brad@baniaslaw.com>          Wed, Apr 1, 2026 at 12:47 PM
To: "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>, "steven@rnlawgroup.com" <steven@rnlawgroup.com>

Heather:

The judge entered summary judgment in Bushireddy. To the extent that case is not over, sure we can agree to an extension. But it's our position that case is indeed over.

Brad

--

[Quoted text hidden]

---

**Graham-Oliver, Heather (USADC)** <Heather.Graham-Oliver@usdoj.gov>          Fri, Apr 3, 2026 at 3:20 PM
To: Brad Banias <Brad@baniaslaw.com>
Cc: "steven@rnlawgroup.com" <steven@rnlawgroup.com>

Hi Brad/Steven:

I think that we should try and settle all of these cases.  I have a meeting with the agency next week Tuesday.  At that time, I will know what direction ICE is leaning.

Best,


Heather

---

**From:** Graham-Oliver, Heather (USADC)
**Sent:** Wednesday, April 1, 2026 2:00 PM
**To:** Brad Banias <Brad@baniaslaw.com>
**Subject:** RE: Hinge and Bushireddy


Sorry for the confusion.  O.K.  You are correct.


Best,


Heather

[Quoted text hidden]

---

**Brad Banias** <Brad@baniaslaw.com>                                      Fri, Apr 3, 2026 at 3:24 PM
To: "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>
Cc: "steven@rnlawgroup.com" <steven@rnlawgroup.com>

Sounds good to me. We are going to file our EAJA in Bushireddy motion. The court's already seen
our fees in that case. Hopefully it will be a helpful data point for you. Thanks, Brad

[Quoted text hidden]

---

**Steven Brown** <steven@rnlawgroup.com>                                  Wed, Apr 8, 2026 at 10:05 AM
To: Brad Banias <Brad@baniaslaw.com>
Cc: "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>

Good morning Heather,

I hope the meeting with ICE was productive. I am happy to chat about this if needed. I will be traveling for work this
afternoon through Friday, but available outside of tomorrow morning if needed. Brad is out of the office this week, but I
can fill him in.


Very Respectfully,

**Steven A. Brown,** Partner



REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS
P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793

Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com



**BE SURE TO SUBSCRIBE TO OUR PODCAST!**



If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

---

**Steven Brown** <steven@rnlawgroup.com>                                    Wed, Apr 15, 2026 at 3:49 PM
To: Brad Banias <Brad@baniaslaw.com>
Cc: "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>

Hi Heather,

For purposes of the EAJA motion which is due, we are going to note that we have had previous communication. I assume your client is opposed (although that may change). Just let me know.

Very Respectfully,

**Steven A. Brown,** Partner



REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS
P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com



**BE SURE TO SUBSCRIBE TO OUR PODCAST!**



If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

---

**Graham-Oliver, Heather (USADC)** <Heather.Graham-Oliver@usdoj.gov>        Fri, Apr 17, 2026 at 7:24 PM
To: Steven Brown <steven@rnlawgroup.com>, Brad Banias <Brad@baniaslaw.com>
Cc: "Walker, Johnny (USADC)" <Johnny.Walker@usdoj.gov>

Steven and Brad:

We would like to confer about the EAJA motion.  Unfortunately, I am going on vacation tomorrow (Saturday) and will not be back in the office until (Monday) May 4, 2026.  Please copy my colleague cc'd here when replying.  Thank you.

Best,

Heather

---

**From:** Steven Brown <steven@rnlawgroup.com>
**Sent:** Wednesday, April 15, 2026 4:50 PM
**To:** Brad Banias <Brad@baniaslaw.com>
**Cc:** Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Subject:** [EXTERNAL] Re: Hinge and Bushireddy

Hi Heather,

For purposes of the EAJA motion which is due, we are going to note that we have had previous communication. I assume your client is opposed (although that may change). Just let me know.

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

On Wed, Apr 8, 2026 at 10:05 AM Steven Brown <steven@rnlawgroup.com> wrote:

> Good morning Heather,
>
> I hope the meeting with ICE was productive. I am happy to chat about this if needed. I will be traveling for work this afternoon through Friday, but available outside of tomorrow morning if needed. Brad is out of the office this week, but I

can fill him in.

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

[Quoted text hidden]

[Quoted text hidden]

---

**Steven Brown** <steven@rnlawgroup.com>                                    Fri, Apr 17, 2026 at 8:03 PM
To: Heather Graham-Oliver <Heather.Graham-Oliver@usdoj.gov>
Cc: Brad Banias <Brad@baniaslaw.com>, Johnny Walker <Johnny.Walker@usdoj.gov>

Heather

Enjoy your vacation, I know it is well deserved!

Johnny happy to chat next week on this.

All yall have a good weekend!
Sent from my iPhone

> On Apr 17, 2026, at 7:25 PM, Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
> wrote:

Steven and Brad:

We would like to confer about the EAJA motion.  Unfortunately, I am going on vacation tomorrow (Saturday) and will not be back in the office until (Monday) May 4, 2026.  Please copy my colleague cc'd here when replying.  Thank you.

Best,

Heather

---

**From:** Steven Brown <steven@rnlawgroup.com>
**Sent:** Wednesday, April 15, 2026 4:50 PM
**To:** Brad Banias <Brad@baniaslaw.com>
**Cc:** Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Subject:** [EXTERNAL] Re: Hinge and Bushireddy

Hi Heather,

For purposes of the EAJA motion which is due, we are going to note that we have had previous communication. I assume your client is opposed (although that may change). Just let me know.

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

<~WRD0003.jpg>     U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

<~WRD0003.jpg>

<~WRD0003.jpg>

||
<~WRD0003.jpg>
||
<~WRD0003.jpg>
|

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

|

<~WRD0003.jpg>

If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

On Wed, Apr 8, 2026 at 10:05 AM Steven Brown <steven@rnlawgroup.com> wrote:

Good morning Heather,

I hope the meeting with ICE was productive. I am happy to chat about this if needed. I will be traveling for work this afternoon through Friday, but available outside of tomorrow morning if needed. Brad is out of the office this week, but I can fill him in.

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

<~WRD0003.jpg>      U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

<~WRD0003.jpg>

<~WRD0003.jpg>

<~WRD0003.jpg>

<~WRD0003.jpg>

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

<~WRD0003.jpg>

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

Brad Banias

843.352.4272

<image001.png>

Experience. Candor. Results.

[Quoted text hidden]

---

**Steven Brown** <steven@rnlawgroup.com>                     Mon, Apr 27, 2026 at 1:44 PM
To: Heather Graham-Oliver <Heather.Graham-Oliver@usdoj.gov>
Cc: Brad Banias <Brad@baniaslaw.com>, "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>, "Walker, Johnny (USADC)" <Johnny.Walker@usdoj.gov>

Hi Heather,

I am adding Dhruman to this chain because I know we have one case with pending EAJA motions.

Has ICE given y'all any indication on a resolution or will we need to march forward with the two non-dismissed cases?

Very Respectfully,

**Steven A. Brown,** Partner



REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS
P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145

WhatsApp: (713) 429-4793

Email: steven@rnlawgroup.com

Web: www.rnlawgroup.com



**BE SURE TO SUBSCRIBE TO OUR PODCAST!**



If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

---

**Steven Brown** <steven@rnlawgroup.com>         Fri, May 15, 2026 at 2:11 PM

To: Heather Graham-Oliver <Heather.Graham-Oliver@usdoj.gov>

Cc: Brad Banias <Brad@baniaslaw.com>, "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>, "Walker, Johnny (USADC)" <Johnny.Walker@usdoj.gov>, "Pfaffenroth, Peter (USADC)" <Peter.Pfaffenroth@usdoj.gov>

Rule 408 Settlement Proposal:

Heather, truly sorry for the delay in responding today to your email from last night. My son had his end-of-year awards ceremony, so I was in later than planned.

Pursuant to Rule 408, here is what we would propose. Given that the remaining SEVIS cases are with different attorneys, we have included them all in this email.

As of now, there are 2 cases in which the courts have granted summary judgment (*Patel* and *Bushireddy*). *Hinge* has had the motion to dismiss denied, and Defendant's answer is due in 2 weeks. I anticipate that case to have similar briefing as *Patel and Bushireddy*. For *Mashatti*, that case is fully briefed (Government's Motion to Dismiss, Plaintiffs Motion for Summary Judgment).

In *Patel* and *Bushireddy*, Brad and I have proposed a total fee of approximately $187,369. Given the present status of *Mashatti* and *Hinge* as of today, we would be willing to settle those two cases at this time for $50,000 each. This would be a total "global" settlement of $287,369 for all four cases.

Please let us know your client's position on this as soon as possible.

Have a great weekend ahead!

Very Respectfully,

**Steven A. Brown,** Partner



REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS
P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com



**BE SURE TO SUBSCRIBE TO OUR PODCAST!**



If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

---

**Steven Brown** <steven@rnlawgroup.com>                    Tue, May 19, 2026 at 1:23 PM
To: Heather Graham-Oliver <Heather.Graham-Oliver@usdoj.gov>
Cc: Brad Banias <Brad@baniaslaw.com>, "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>, "Walker, Johnny (USADC)" <Johnny.Walker@usdoj.gov>, "Pfaffenroth, Peter (USADC)" <Peter.Pfaffenroth@usdoj.gov>

Heather, Dhruman, and Johnny:

We have not heard back on our 4/17, 4/27, or 5/15 emails, so I wanted to follow up.

## A Quick summary of where we are in each pending case:

In *Patel,* the Court "thank[ed] the parties for attempting to achieve a resolution without its intervention," and ICE has until June 9 to respond to our EAJA Motion. We have not heard any communications from ICE (the attorney of record was emailed 4/27 and 5/15), and we want to just ensure the ball is rolling for any potential negotiations so we do not have to delay that case any further.

In *Hinge,* ICE's answer is due next week.

In *Bushireddy*, we filed our motion for attorneys' fees on 4/15. To date, there has not been a response or out-of-time motion for an extension. Because of this, and the lack of communication from ICE, we are filing a notice shortly to inform the Court that, pursuant to LCvR 7(b), this motion can be considered unopposed.

In *Mashatti*, we are still waiting on a decision.

We are getting the feeling that ICE (not y'all's office) is not interested in resolving these fee claims, but we need to march forward. At this stage, the appeal period for *Patel* and *Bushireddy* has passed. We are prepared to move forward with *Hinge* in a similar fashion as soon as y'all answer (although, I will note, the contents of the record were not filed with the Motion to Dismiss; I would assume you intend to file them with the Answer). While I had hoped, and I assume Judge Leon had hoped, that *Mashatti* would also resolve, we will notify the Court that it seems there is an impasse for a resolution, and we wish to drive forward.

Very Respectfully,

**Steven A. Brown,** Partner



REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS
P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

   

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**



If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

---

**Graham-Oliver, Heather (USADC)** <Heather.Graham-Oliver@usdoj.gov>                    Tue, May 19, 2026 at 1:28 PM
To: Steven Brown <steven@rnlawgroup.com>

Cc: Brad Banias <Brad@baniaslaw.com>, "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>, "Walker, Johnny (USADC)" <Johnny.Walker@usdoj.gov>, "Pfaffenroth, Peter (USADC)" <Peter.Pfaffenroth@usdoj.gov>

I did not realize that you had filed a motion for Attorneys fees in *Bushireddy*, probably because I was winding things up to leave for vacation. I will ask for more time to respond tomorrow, nunc pro tunc. What is your position on the motion? As to *Hinge*—do you have a monetary demand in that case?

---

**From:** Steven Brown <steven@rnlawgroup.com>
**Sent:** Tuesday, May 19, 2026 2:23 PM
**To:** Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Cc:** Brad Banias <Brad@baniaslaw.com>; Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>; Walker, Johnny (USADC) <Johnny.Walker@usdoj.gov>; Pfaffenroth, Peter (USADC) <Peter.Pfaffenroth@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Hinge and Bushireddy

Heather, Dhruman, and Johnny:

We have not heard back on our 4/17, 4/27, or 5/15 emails, so I wanted to follow up.

A Quick summary of where we are in each pending case:

In *Patel*, the Court "thank[ed] the parties for attempting to achieve a resolution without its intervention," and ICE has until June 9 to respond to our EAJA Motion. We have not heard any communications from ICE (the attorney of record was emailed 4/27 and 5/15), and we want to just ensure the ball is rolling for any potential negotiations so we do not have to delay that case any further.

In *Hinge*, ICE's answer is due next week.

In *Bushireddy*, we filed our motion for attorneys' fees on 4/15. To date, there has not been a response or out-of-time motion for an extension. Because of this, and the lack of communication from ICE, we are filing a notice shortly to inform the Court that, pursuant to LCvR 7(b), this motion can be considered unopposed.

In *Mashatti*, we are still waiting on a decision.

We are getting the feeling that ICE (not y'all's office) is not interested in resolving these fee claims, but we need to march forward. At this stage, the appeal period for *Patel* and *Bushireddy* has passed. We are prepared to move forward with *Hinge* in a similar fashion as soon as y'all answer (although, I will note, the contents of the record were not filed with the Motion to Dismiss; I would assume you intend to file them with the Answer). While I had hoped, and I assume Judge Leon had hoped, that *Mashatti* would also resolve, we will notify the Court that it seems there is an impasse for a resolution, and we wish to drive forward.

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

On Fri, May 15, 2026 at 2:11 PM Steven Brown <steven@rnlawgroup.com> wrote:

Rule 408 Settlement Proposal:

Heather, truly sorry for the delay in responding today to your email from last night. My son had his end-of-year awards ceremony, so I was in later than planned.

Pursuant to Rule 408, here is what we would propose. Given that the remaining SEVIS cases are with different attorneys, we have included them all in this email.

As of now, there are 2 cases in which the courts have granted summary judgment (*Patel* and *Bushireddy*). *Hinge* has had the motion to dismiss denied, and Defendant's answer is due in 2 weeks. I anticipate that case to have similar briefing as *Patel and Bushireddy*. For *Mashatti*, that case is fully briefed (Government's Motion to Dismiss, Plaintiffs Motion for Summary Judgment).

In *Patel* and *Bushireddy*, Brad and I have proposed a total fee of approximately $187,369. Given the present status of *Mashatti* and *Hinge* as of today, we would be willing to settle those two cases at this time for $50,000 each. This would be a total "global" settlement of $287,369 for all four cases.

Please let us know your client's position on this as soon as possible.

Have a great weekend ahead!

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

On Mon, Apr 27, 2026 at 1:44 PM Steven Brown <steven@rnlawgroup.com> wrote:

> Hi Heather,
>
> I am adding Dhruman to this chain because I know we have one case with pending EAJA motions.
>
> Has ICE given y'all any indication on a resolution or will we need to march forward with the two non-dismissed cases?
>
> Very Respectfully,
>
> **Steven A. Brown,** Partner
>
> REDDY NEUMANN BROWN PC
>
> U.S.BUSINESS IMMIGRATION ATTORNEYS
>
> P.O. Box 421409 Houston, Texas 77242-1409
> Address: 10333 Richmond Ave, Suite 1050
> Houston, TX 77042
> Direct: **(713) 429-4793**
> Main: (713) 953-7787 ext. 145
> WhatsApp: (713) 429-4793
> Email:steven@rnlawgroup.com
> Web: www.rnlawgroup.com
>
>
>
> **BE SURE TO SUBSCRIBE TO OUR PODCAST!**

[Quoted text hidden]

[Quoted text hidden]

---

**Brad Banias** <Brad@baniaslaw.com>                                                Tue, May 19, 2026 at 1:37 PM
To: "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>, Steven Brown <steven@rnlawgroup.com>
Cc: "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>, "Walker, Johnny (USADC)"
<Johnny.Walker@usdoj.gov>, "Pfaffenroth, Peter (USADC)" <Peter.Pfaffenroth@usdoj.gov>

Heather:

Please note our opposition to any Rule 6(b) motion. And we included a starting demand for Hinge
in the email at the bottom of this chain.

[Quoted text hidden]

Case 1:25-cv-01096-ACR　Document 44-1　Filed 06/04/26　Page 19 of 50



Steven Brown <steven@rnlawgroup.com>

# Patel v. Lyons - Motion for Extension

3 messages

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>　　Mon, Apr 6, 2026 at 1:06 PM
To: "Brad@baniaslaw.com" <brad@baniaslaw.com>, "steven@rnlawgroup.com" <steven@rnlawgroup.com>

Good afternoon, Brad and Steven,

I hope that you both had a great weekend.

I am writing to request your position on the government's upcoming motion to extend its deadline to file a response to the EAJA motion in *Patel*. We will be requesting 60 days so that our new deadline is June 9, 2026. I'll be requesting the extension in part based on the upcoming deadlines and obligations that I have outlined in my emails for other cases. Minus the D.C. circuit oral argument that I had earlier this morning but adding no less than 10 moots/oral arguments that I am attending/supervising as the Civil Division's Assistant Appellate Counsel. Additionally, the agency is reviewing the motion and contemplating whether resolution without judicial intervention is possible. I of course cannot confirm that we will be settling at this time, but the agency and I need more time to review the request and decide whether there may be a path forward. The problem is the lapse in appropriations right now. The agency needs to confirm whether EAJA matters falls within the exceptions of matters to work on while there is a lapse.

If you could let me know by 5:00pm today as to whether you're amenable to the extension, I would greatly appreciate it. I intend to indicate that the government is contemplating resolution.

Best regards,

**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525 | Dhruman.Sampat@usdoj.gov

---

**Steven Brown** <steven@rnlawgroup.com>　　Mon, Apr 6, 2026 at 1:14 PM
To: "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>
Cc: "Brad@baniaslaw.com" <brad@baniaslaw.com>

Hi Dhruman,

No objection on our end, and appreciate the candor. I will note, we had an email with Heather. She mentioned speaking with ICE tomorrow on a potential settlement (I would say the same hedging you did, but worth communicating)

Just let us know!

Very Respectfully,

**Steven A. Brown,** Partner



REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS
P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com



### BE SURE TO SUBSCRIBE TO OUR PODCAST!



If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>          Mon, Apr 6, 2026 at 1:41 PM
To: Steven Brown <steven@rnlawgroup.com>
Cc: "Brad@baniaslaw.com" <brad@baniaslaw.com>

Thanks, Steven. I really appreciate it.

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]



Steven Brown <steven@rnlawgroup.com>

## Activity in Case 1:25-cv-01096-ACR PATEL v. LYONS Order on Motion for Extension of Time to

5 messages

---

**DCD_ECFNotice@dcd.uscourts.gov** <DCD_ECFNotice@dcd.uscourts.gov>    Mon, Apr 6, 2026 at 3:03 PM

To: DCD_ECFNotice@dcd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 4/6/2026 at 4:03 PM and filed on 4/6/2026
**Case Name:**        PATEL v. LYONS
**Case Number:**      1:25-cv-01096-ACR
**Filer:**
**WARNING: CASE CLOSED on 03/03/2026**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER granting [42] Consent Motion for Extension of Time. The Court thanks the parties for attempting to achieve a resolution without its intervention. On or before June 9, 2026, the parties shall either inform the Court that they have reached a settlement or Defendant shall respond to [41] Motion for Attorney's Fees. Signed by Judge Ana C. Reyes on 4/6/2026. (lcacr2)**

**1:25-cv-01096-ACR Notice has been electronically mailed to:**

Bradley Bruce Banias    brad@baniaslaw.com, ecf@baniaslaw.com

Steven A. Brown    steven@rnlawgroup.com, litigation@rnlawgroup.com

Dhruman Y. Sampat    dhruman.sampat@usdoj.gov, CaseView.ECF@usdoj.gov, elena.haramalis2@usdoj.gov

**1:25-cv-01096-ACR Notice will be delivered by other means to::**

---

**Steven Brown** <steven@rnlawgroup.com>    Thu, May 21, 2026 at 2:35 PM
To: "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>, Brad Banias <brad@baniaslaw.com>

Hi Dhruman,

We have not heard from ICE on this since this order. We are only a couple weeks away from the June 9 deadline and cannot risk not starting the ball here. Has ICE given you any indication they are actually open to settlement? None of our

6/4/26, 10:18 AM                Reddy Neumann Brown PC Mail - Activity in Case 1:25-cv-01096-ACR PATEL v. LYONS Order on Motion for Extension of Time to

Case 1:25-cv-01096-ACR    Document 44-1    Filed 06/04/26    Page 23 of 50

communications in other cases have received a response. If ICE is not open to settlement (between us, they have not been open to compromise on much!) we get it, and have no personal offense if so. We just don't want to have this held up.

Let us know, and I hope you have a good long weekend!


Very Respectfully,

**Steven A. Brown,** Partner



REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS
P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

   

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**



If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.


CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>                Thu, May 21, 2026 at 2:59 PM
To: Steven Brown <steven@rnlawgroup.com>, Brad Banias <brad@baniaslaw.com>


Hi Steven,


I can tell you that ICE is considering the settlement in good faith. Obviously, this is government, so things need to be run up different chains and coordinated with different stakeholders. But I don't see this as a case that we're sitting on only to spring a "no" at the last minute.

Case 1:25-cv-01096-ACR   Document 44-1   Filed 06/04/26   Page 24 of 50

Best regards,

**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525| Dhruman.Sampat@usdoj.gov

---

**From:** Steven Brown <steven@rnlawgroup.com>
**Sent:** Thursday, May 21, 2026 3:36 PM
**To:** Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>; Brad Banias <brad@baniaslaw.com>
**Subject:** [EXTERNAL] Fwd: Activity in Case 1:25-cv-01096-ACR PATEL v. LYONS Order on Motion for Extension of Time to

Hi Dhruman,

We have not heard from ICE on this since this order. We are only a couple weeks away from the June 9 deadline and cannot risk not starting the ball here. Has ICE given you any indication they are actually open to settlement? None of our communications in other cases have received a response. If ICE is not open to settlement (between us, they have not been open to compromise on much!) we get it, and have no personal offense if so. We just don't want to have this held up.

Let us know, and I hope you have a good long weekend!

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com

Web: www.rnlawgroup.com



**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

[Quoted text hidden]
[Quoted text hidden]

---

**Steven Brown** <steven@rnlawgroup.com>           Thu, May 21, 2026 at 3:00 PM
To: "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>
Cc: Brad Banias <brad@baniaslaw.com>

Dhruman,

I truly appreciate it. Definitely don't think y'all's office is taking a knee on it, but ICE I know has been very finicky on these cases from the get-go.

Let us know if y'all need anything.

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS
P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com



**BE SURE TO SUBSCRIBE TO OUR PODCAST!**



If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with

the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>                    Thu, May 21, 2026 at 3:17 PM
To: Steven Brown <steven@rnlawgroup.com>
Cc: Brad Banias <brad@baniaslaw.com>

Will do! Wishing you both a great long weekend, as well!

Best regards,

**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525 | Dhruman.Sampat@usdoj.gov

---

**From:** Steven Brown <steven@rnlawgroup.com>
**Sent:** Thursday, May 21, 2026 4:01 PM
**To:** Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Cc:** Brad Banias <brad@baniaslaw.com>
**Subject:** Re: [EXTERNAL] Fwd: Activity in Case 1:25-cv-01096-ACR PATEL v. LYONS Order on Motion for Extension of Time to

Dhruman,

I truly appreciate it. Definitely don't think y'all's office is taking a knee on it, but ICE I know has been very finicky on these cases from the get-go.

Let us know if y'all need anything.

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

[Quoted text hidden]                U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

[Quoted text hidden]

[Quoted text hidden]



Steven Brown <steven@rnlawgroup.com>

## Patel, Bushireddy, Hinge, and Mashatti

19 messages

**Steven Brown** <steven@rnlawgroup.com>                                        Fri, May 29, 2026 at 12:20 PM
To: "Graham-Oliver, Heather (USADC)" <heather.graham-oliver@usdoj.gov>, "Sampat, Dhruman (USADC)"
<Dhruman.Y.Sampat@usdoj.gov>, Brad Banias <brad@baniaslaw.com>

Heather, Dhruman,

I wanted to touch base as I know Heather mentioned he was meeting with ICE yesterday on these four remaining cases.
Given that Judge Reyes (*Patel*) had encouraged us to discuss settlement before the June 9th opposition date in that
case, I just figured it would be worth seeing how the meeting went to we can open up any potential discussions from y'alls
end given that there's only about a week or so left.

Happy to set up something for the four of us to get on a call next week as well!

Hope y'all have a good weekend.


Very Respectfully,

**Steven A. Brown,** Partner



REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS
P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

   

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**



If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-
94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with
the current USCIS Registration Requirements https://i94.cbp.dhs.gov.


CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended
recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally

privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>                    Fri, May 29, 2026 at 2:56 PM
To: Steven Brown <steven@rnlawgroup.com>, "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>, Brad Banias <brad@baniaslaw.com>

Hi Steven,


Appreciate you touching base with us. We recently spoke with the client, and Plaintiffs' offer to settlement remains under strong consideration. We can represent that the settlement is being considered, but folks who used to be involved with this litigation have moved to new positions. So there is a bit of a learning curve for new folks. But we just need more time right now. Would you be amenable to a 45-day extension of the *Patel* deadline so we can continue exploring resolution? I can tell you that Judge Reyes will probably appreciate our continued efforts to resolve these issues without involving the Court.


Best regards,


**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525| Dhruman.Sampat@usdoj.gov


---

**From:** Steven Brown <steven@rnlawgroup.com>
**Sent:** Friday, May 29, 2026 1:21 PM
**To:** Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>; Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>; Brad Banias <brad@baniaslaw.com>
**Subject:** [EXTERNAL] Patel, Bushireddy, Hinge, and Mashatti


Heather, Dhruman,


I wanted to touch base as I know Heather mentioned he was meeting with ICE yesterday on these four remaining cases. Given that Judge Reyes (*Patel*) had encouraged us to discuss settlement before the June 9th opposition date in that case, I just figured it would be worth seeing how the meeting went to we can open up any potential discussions from y'alls end given that there's only about a week or so left.


Happy to set up something for the four of us to get on a call next week as well!

Hope y'all have a good weekend.

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

[Quoted text hidden]

---

**Graham-Oliver, Heather (USADC)** <Heather.Graham-Oliver@usdoj.gov>                    Fri, May 29, 2026 at 3:01 PM
To: "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>, Steven Brown <steven@rnlawgroup.com>, Brad Banias <brad@baniaslaw.com>

Hi Steven:

Thanks for your email. I realize that you have filed your Reply to the Opposition to the Motion for fees in Bushireddy.  I have also communicated that to the Agency.

Best,

Heather

[Quoted text hidden]

---

**Brad Banias** <Brad@baniaslaw.com>                    Fri, May 29, 2026 at 3:36 PM
To: "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>, "Sampat, Dhruman (USADC)"
<Dhruman.Y.Sampat@usdoj.gov>, Steven Brown <steven@rnlawgroup.com>

All:

Steven and I are dedicated to working this out cooperatively. But we do have a backstop, which is our clients potentially moving on from F1 status to something else. These cases are over a year old now, and while everyone is still in F1 status, that could change at any time. I have a SEVIS termination case in Los Angeles where my client had to leave while the MSJ was pending, and ICE is aggressively arguing mootness. We are not suggesting yall are trying to slow walk this to take advantage, but we do not have unlimited time.

With that in mind, we'd propose that we ask the court to refer these cases to the district's mediation program, and we agree to have a global mediation by the end of June. This would show Judge Reyes we are taking very real steps towards resolution, and hopefully it would give yall a little assistance with (what I imagine is a difficult client in) ICE. During the mediation, all of the cases could get stayed. And fi mediation doesn't work, we would all be safe from the ire of certain judges that want us to try every possible move to settle.

If mediation is not agreeable, we can agree to a further extension IF we can get an agreement in writing that, if our clients do change status, leave the US, or just finish their F visas, ICE will not argue that their fee petitions or MSJs are moot. Without such an agreement, we would be doing our clients a great disservice by running into the oncoming train and hoping it doesn't hit us soon.

I think yall can tell we are trying to resolve this in every possible way. We've filed our motions, provided global settlement offers, and agreed to extensions when asked. But we don't what we don't know and mootness is one of those unknowns that only increases likelihood as time goes by.

Let us know.

Thanks,

Brad

--

[Quoted text hidden]

---

**Graham-Oliver, Heather (USADC)** <Heather.Graham-Oliver@usdoj.gov>         Fri, May 29, 2026 at 3:41 PM
To: Brad Banias <Brad@baniaslaw.com>, "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>, Steven Brown
<steven@rnlawgroup.com>

Thanks Brad – we will communicate this to the Agency.  Have a nice weekend.

Best,

Heather

[Quoted text hidden]

---

**Steven Brown** <steven@rnlawgroup.com>                    Tue, Jun 2, 2026 at 4:30 PM

To: "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>
Cc: Brad Banias <Brad@baniaslaw.com>, "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>

Hi y'all,

I just wanted to touch base on this. Unfortunately, if we can't get some assurances on this, we would just have to note an opposition on an extension. We are happy to provide the Court our reasoning. I will note, I do not think it has anything to do with either of y'all as attorneys, but we haven't been able to really get much tangible traction from ICE and are worried about how the delay could impact our clients.

Very Respectfully,

**Steven A. Brown,** Partner



REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS
P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com



**BE SURE TO SUBSCRIBE TO OUR PODCAST!**



If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>                    Tue, Jun 2, 2026 at 4:35 PM
To: Steven Brown <steven@rnlawgroup.com>, "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>
Cc: Brad Banias <Brad@baniaslaw.com>

Hi Steven,

We've passed on your request to the agency, so it is under consideration. We should be in touch on this front soon. But we're likely to seek the 45-day extension and note that defendants are still considering resolution without further judicial intervention. I completely understand Plaintiffs' position, but I think the Court will likely appreciate the parties' continued efforts to resolve matters that are pending before it rather than matters pending nationwide.

Best regards,

**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525| Dhruman.Sampat@usdoj.gov

---

**From:** Steven Brown <steven@rnlawgroup.com>
**Sent:** Tuesday, June 2, 2026 5:31 PM
**To:** Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Cc:** Brad Banias <Brad@baniaslaw.com>; Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Subject:** Re: [EXTERNAL] Patel, Bushireddy, Hinge, and Mashatti

Hi y'all,

I just wanted to touch base on this. Unfortunately, if we can't get some assurances on this, we would just have to note an opposition on an extension. We are happy to provide the Court our reasoning. I will note, I do not think it has anything to do with either of y'all as attorneys, but we haven't been able to really get much tangible traction from ICE and are worried about how the delay could impact our clients.

Very Respectfully,

**Steven A. Brown,** Partner

[Quoted text hidden]

REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145

WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

| | | | | |
| --- | --- | --- | --- | --- |

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

| |
| --- |

[Quoted text hidden]

[Quoted text hidden]

---

**Brad Banias** <Brad@baniaslaw.com>                                 Tue, Jun 2, 2026 at 4:44 PM
To: Dhruman Sampat <Dhruman.Y.Sampat@usdoj.gov>
Cc: Steven Brown <steven@rnlawgroup.com>, Heather Graham-Oliver <Heather.Graham-Oliver@usdoj.gov>

Dhruman: What is your position on a mediation? Brad

Brad Banias
Banias Law LLC
843.352.4272
image002.png

> On Jun 2, 2026, at 5:35 PM, Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov> wrote:

Hi Steven,

We've passed on your request to the agency, so it is under consideration. We should be in touch on this front soon. But we're likely to seek the 45-day extension and note that defendants are still considering resolution without further judicial intervention. I completely understand Plaintiffs' position, but I think the Court will likely appreciate the parties' continued efforts to resolve matters that are pending before it rather than matters pending nationwide.

Best regards,

**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525 | Dhruman.Sampat@usdoj.gov

**From:** Steven Brown <steven@rnlawgroup.com>
**Sent:** Tuesday, June 2, 2026 5:31 PM
**To:** Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Cc:** Brad Banias <Brad@baniaslaw.com>; Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Subject:** Re: [EXTERNAL] Patel, Bushireddy, Hinge, and Mashatti

Hi y'all,

I just wanted to touch base on this. Unfortunately, if we can't get some assurances on this, we would just have to note an opposition on an extension. We are happy to provide the Court our reasoning. I will note, I do not think it has anything to do with either of y'all as attorneys, but we haven't been able to really get much tangible traction from ICE and are worried about how the delay could impact our clients.

Very Respectfully,

**Steven A. Brown,** Partner

|  | REDDY NEUMANN BROWN PC |
| <~WRD0903.jpg> | U.S.BUSINESS IMMIGRATION ATTORNEYS |

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

<~WRD0903.jpg>

<~WRD0903.jpg>

<~WRD0903.jpg>

<~WRD0903.jpg>

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

<~WRD0903.jpg>

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

REDDY NEUMANN BROWN PC

<~WRD0903.jpg>  U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

<~WRD0903.jpg>

<~WRD0903.jpg>

<~WRD0903.jpg>

<~WRD0903.jpg>

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

<~WRD0903.jpg>

[Quoted text hidden]

---

**~WRD0903.jpg**
1K

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>  Tue, Jun 2, 2026 at 4:49 PM
To: Brad Banias <Brad@baniaslaw.com>
Cc: Steven Brown <steven@rnlawgroup.com>, "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>

Hi Brad,

We don't have a position on mediation at this time. As I mentioned, our clients are considering your last email, which included the mediation request.

Best regards,

**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525 | Dhruman.Sampat@usdoj.gov

---

**From:** Brad Banias <Brad@baniaslaw.com>
**Sent:** Tuesday, June 2, 2026 5:44 PM
**To:** Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Cc:** Steven Brown <steven@rnlawgroup.com>; Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Subject:** Re: [EXTERNAL] Patel, Bushireddy, Hinge, and Mashatti

Dhruman: What is your position on a mediation? Brad

Brad Banias

Banias Law LLC

843.352.4272

[Quoted text hidden]

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>                Wed, Jun 3, 2026 at 4:36 PM
To: Brad Banias <Brad@baniaslaw.com>
Cc: Steven Brown <steven@rnlawgroup.com>, "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>

Hi all,

We spoke with our client. The settlement demands are still under consideration, and there is no response as of yet on the request for mediation. I intend to file the extension motion for *Patel* tomorrow. If Plaintiffs would like to reconsider their position on the extension, please let me know by 3:00pm tomorrow. Otherwise, I will file it as an opposed motion.

[Quoted text hidden]

---

**Steven Brown** <steven@rnlawgroup.com>                Wed, Jun 3, 2026 at 5:37 PM
To: "Sampat, Dhruman (USADC)" <Dhruman.Y.Sampat@usdoj.gov>
Cc: Brad Banias <Brad@baniaslaw.com>, "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>

Hi Dhruman,

I cannot agree to 45 days. The risk of life happening to Mr. Patel and ICE arguing it is moot is very real. If, at a minimum, ICE can waive *that* argument (not concede fees or its position, but mootness) we could. But, we just cannot do 45 days without that.

Just by way of background, and I know Joe Carilli did these cases early on... ICE would not agree to even the simplest of matters in these cases (again, not something from y'alls office but totally ICE). Because of that  I do not expect ICE to want to agree to a fee motion, especially when they are not capitulating on anything across the nation on any case they are defendants in. So, while I truly appreciate y'all trying to get them to settle, I just don't trust ICE as an organization is operating in good faith on it. WIth the SEVIS cases, we have been trying to push a settlement for almost a year now at various stages and don't seem to have ICE bought in.

We could agree to 2 weeks,to hopefully get them to come to the table, but anything beyond that we would unfortunately have to oppose.


Very Respectfully,

**Steven A. Brown,** Partner



REDDY NEUMANN BROWN PC

**U.S.BUSINESS IMMIGRATION ATTORNEYS**
P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: (713) 429-4793
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com



**BE SURE TO SUBSCRIBE TO OUR PODCAST!**



If you are not a U S citizen or a lawful permanent resident, please download, print, and carry with you at all times your I-94 form on every new entry to the U.S., as proof of your legal authorization to be in the U.S. and to be in compliance with the current USCIS Registration Requirements https://i94.cbp.dhs.gov.

CONFIDENTIALITY NOTICE: This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, description or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by replying email, by forwarding this to steven@rnlawgroup.com or by telephone at (713) 953 7787 and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

**Brad Banias** <Brad@baniaslaw.com>                                      Wed, Jun 3, 2026 at 5:42 PM
To: Steven Brown <steven@rnlawgroup.com>
Cc: Dhruman Sampat <Dhruman.Y.Sampat@usdoj.gov>, Heather Graham-Oliver <Heather.Graham-Oliver@usdoj.gov>

Dhruman: I understand your client has yet to decide about the mediation. But we intend to file the motion to compel ADR and we'll note ICE's nonresponse. Thanks! Brad

Brad Banias
Banias Law LLC
843.352.4272
image002.png

> On Jun 3, 2026, at 6:38 PM, Steven Brown <steven@rnlawgroup.com> wrote:

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
<image001.jpg>

[Quoted text hidden]

**image001.jpg**
1K

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>               Wed, Jun 3, 2026 at 8:04 PM
To: Steven Brown <steven@rnlawgroup.com>
Cc: Brad Banias <Brad@baniaslaw.com>, "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>

Good evening, Steven,

Thank you for your email. A point of clarification – are you saying that the request to forego mootness arguments applies on to the *Patel* matter? Or was the original offer in exchange for the 45-day extension meant to request our position on the same as it pertained to all of our cases? I just want to make sure that we understand what the ask is here, because it does not seem very clear from your emails unfortunately.

Best regards,

**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525| Dhruman.Sampat@usdoj.gov

**From:** Steven Brown <steven@rnlawgroup.com>
**Sent:** Wednesday, June 3, 2026 6:38 PM
**To:** Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Cc:** Brad Banias <Brad@baniaslaw.com>; Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Subject:** Re: [EXTERNAL] Patel, Bushireddy, Hinge, and Mashatti

Hi Dhruman,

I cannot agree to 45 days. The risk of life happening to Mr. Patel and ICE arguing it is moot is very real. If, at a minimum, ICE can waive *that* argument (not concede fees or its position, but mootness) we could. But, we just cannot do 45 days without that.

Just by way of background, and I know Joe Carilli did these cases early on... ICE would not agree to even the simplest of matters in these cases (again, not something from y'alls office but totally ICE). Because of that I do not expect ICE to want to agree to a fee motion, especially when they are not capitulating on anything across the nation on any case they are defendants in. So, while I truly appreciate y'all trying to get them to settle, I just don't trust ICE as an organization is operating in good faith on it. WIth the SEVIS cases, we have been trying to push a settlement for almost a year now at various stages and don't seem to have ICE bought in.

We could agree to 2 weeks,to hopefully get them to come to the table, but anything beyond that we would unfortunately have to oppose.

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

[Quoted text hidden]

[Quoted text hidden]

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>                    Wed, Jun 3, 2026 at 8:07 PM
To: Brad Banias <Brad@baniaslaw.com>, Steven Brown <steven@rnlawgroup.com>
Cc: "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>

Good evening, Brad,

This is the first that we're hearing about a motion to compel ADR, so we do not believe that Plaintiffs have adequately met and conferred under the local rules nor have you all met their burden to follow Judge Reyes' standing order as it pertains to *Patel*.

Best regards,

**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525| Dhruman.Sampat@usdoj.gov

---

**From:** Brad Banias <Brad@baniaslaw.com>
**Sent:** Wednesday, June 3, 2026 6:43 PM
**To:** Steven Brown <steven@rnlawgroup.com>
**Cc:** Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>; Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Subject:** Re: [EXTERNAL] Patel, Bushireddy, Hinge, and Mashatti

Dhruman: I understand your client has yet to decide about the mediation. But we intend to file the motion to compel ADR and we'll note ICE's nonresponse. Thanks! Brad

Brad Banias

Banias Law LLC

[843.352.4272](tel:843.352.4272)

On Jun 3, 2026, at 6:38 PM, Steven Brown <[steven@rnlawgroup.com](mailto:steven@rnlawgroup.com)> wrote:

Hi Dhruman,

I cannot agree to 45 days. The risk of life happening to Mr. Patel and ICE arguing it is moot is very real. If, at a minimum, ICE can waive *that* argument (not concede fees or its position, but mootness) we could. But, we just cannot do 45 days without that.

Just by way of background, and I know Joe Carilli did these cases early on... ICE would not agree to even the simplest of matters in these cases (again, not something from y'alls office but totally ICE). Because of that I do not expect ICE to want to agree to a fee motion, especially when they are not capitulating on anything across the nation on any case they are defendants in. So, while I truly appreciate y'all trying to get them to settle, I just don't trust ICE as an organization is operating in good faith on it. WIth the SEVIS cases, we have been trying to push a settlement for almost a year now at various stages and don't seem to have ICE bought in.

We could agree to 2 weeks,to hopefully get them to come to the table, but anything beyond that we would unfortunately have to oppose.

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:[steven@rnlawgroup.com](mailto:steven@rnlawgroup.com)
Web: [www.rnlawgroup.com](http://www.rnlawgroup.com)

_____

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

_____

[Quoted text hidden]

[Quoted text hidden]

---

**Brad Banias** <Brad@baniaslaw.com>                                          Wed, Jun 3, 2026 at 8:31 PM
To: Dhruman Sampat <Dhruman.Y.Sampat@usdoj.gov>
Cc: Steven Brown <steven@rnlawgroup.com>, Heather Graham-Oliver <Heather.Graham-Oliver@usdoj.gov>

Dhruman:

Mediation is a form of ADR—Alternative Dispute Resolution. We will ensure we style it a motion to compel mediation, not ADR, so there is no confusion.

Thanks,

Brad

Brad Banias
Banias Law LLC
843.352.4272
image002.png

On Jun 3, 2026, at 9:07 PM, Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov> wrote:

Good evening, Brad,

This is the first that we're hearing about a motion to compel ADR, so we do not believe that Plaintiffs have adequately met and conferred under the local rules nor have you all met their burden to follow Judge Reyes' standing order as it pertains to *Patel*.

Best regards,

**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525 | Dhruman.Sampat@usdoj.gov

---

**From:** Brad Banias <Brad@baniaslaw.com>
**Sent:** Wednesday, June 3, 2026 6:43 PM
**To:** Steven Brown <steven@rnlawgroup.com>
**Cc:** Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>; Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Subject:** Re: [EXTERNAL] Patel, Bushireddy, Hinge, and Mashatti


Dhruman: I understand your client has yet to decide about the mediation. But we intend to file the motion to compel ADR and we'll note ICE's nonresponse. Thanks! Brad


Brad Banias

Banias Law LLC

843.352.4272


<~WRD1543.jpg>


On Jun 3, 2026, at 6:38 PM, Steven Brown <steven@rnlawgroup.com> wrote:


Hi Dhruman,


I cannot agree to 45 days. The risk of life happening to Mr. Patel and ICE arguing it is moot is very real. If, at a minimum, ICE can waive *that* argument (not concede fees or its position, but mootness) we could. But, we just cannot do 45 days without that.


Just by way of background, and I know Joe Carilli did these cases early on... ICE would not agree to even the simplest of matters in these cases (again, not something from y'alls office but totally ICE). Because of that I do not expect ICE to want to agree to a fee motion, especially when they are not capitulating on anything across the nation on any case they are defendants in. So, while I truly appreciate y'all trying to get them to settle, I just don't trust ICE as an organization is operating in good faith on it. WIth the SEVIS cases, we have been trying to push a settlement for almost a year now at various stages and don't seem to have ICE bought in.


We could agree to 2 weeks, to hopefully get them to come to the table, but anything beyond that we would unfortunately have to oppose.

Very Respectfully,

**Steven A. Brown,** Partner

REDDY NEUMANN BROWN PC

<~WRD1543.jpg>    U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com

|

<~WRD1543.jpg>
|
<~WRD1543.jpg>
||
<~WRD1543.jpg>
||
<~WRD1543.jpg>
|

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**

|

<~WRD1543.jpg>

[Quoted text hidden]

[Quoted text hidden]

---

**~WRD1543.jpg**
1K

---

**Brad Banias** <Brad@baniaslaw.com>                    Wed, Jun 3, 2026 at 8:34 PM
To: Dhruman Sampat <Dhruman.Y.Sampat@usdoj.gov>
Cc: Steven Brown <steven@rnlawgroup.com>, Heather Graham-Oliver <Heather.Graham-Oliver@usdoj.gov>

Dhruman: Please note our opposition to your proposed extension in Patel because, again, further delay risks our case being rendered moot. Thanks, Brad

Brad Banias
Banias Law LLC

843.352.4272

image002.png

On Jun 3, 2026, at 9:04 PM, Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov> wrote:

Good evening, Steven,

Thank you for your email. A point of clarification – are you saying that the request to forego mootness arguments applies on to the *Patel* matter? Or was the original offer in exchange for the 45-day extension meant to request our position on the same as it pertained to all of our cases? I just want to make sure that we understand what the ask is here, because it does not seem very clear from your emails unfortunately.

Best regards,

**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525 | Dhruman.Sampat@usdoj.gov

---

**From:** Steven Brown <steven@rnlawgroup.com>
**Sent:** Wednesday, June 3, 2026 6:38 PM
**To:** Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Cc:** Brad Banias <Brad@baniaslaw.com>; Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Subject:** Re: [EXTERNAL] Patel, Bushireddy, Hinge, and Mashatti

Hi Dhruman,

I cannot agree to 45 days. The risk of life happening to Mr. Patel and ICE arguing it is moot is very real. If, at a minimum, ICE can waive *that* argument (not concede fees or its position, but mootness) we could. But, we just cannot do 45 days without that.

Just by way of background, and I know Joe Carilli did these cases early on... ICE would not agree to even the simplest of matters in these cases (again, not something from y'alls office but totally ICE). Because of that  I do not expect ICE to want to agree to a fee motion, especially when they are not capitulating on anything across the nation on any case they are defendants in. So, while I truly appreciate y'all trying to get them to settle, I just don't trust ICE as an organization is operating in good faith on it. WIth the SEVIS cases, we have been trying to push a settlement for almost a year now at various stages and don't seem to have ICE bought in.

We could agree to 2 weeks,to hopefully get them to come to the table, but anything beyond that we would unfortunately have to oppose.


Very Respectfully,


**Steven A. Brown,** Partner


REDDY NEUMANN BROWN PC

<~WRD3835.jpg>    U.S.BUSINESS IMMIGRATION ATTORNEYS

P.O. Box 421409 Houston, Texas 77242-1409
Address: 10333 Richmond Ave, Suite 1050
Houston, TX 77042
Direct: **(713) 429-4793**
Main: (713) 953-7787 ext. 145
WhatsApp: (713) 429-4793
Email:steven@rnlawgroup.com
Web: www.rnlawgroup.com


<~WRD3835.jpg>

<~WRD3835.jpg>

<~WRD3835.jpg>

<~WRD3835.jpg>

**BE SURE TO SUBSCRIBE TO OUR PODCAST!**


<~WRD3835.jpg>

[Quoted text hidden]




[Quoted text hidden]

[Quoted text hidden]


[Quoted text hidden]
<~WRD3835.jpg>

[Quoted text hidden]

**~WRD3835.jpg**
1K

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>           Wed, Jun 3, 2026 at 8:37 PM
To: Brad Banias <Brad@baniaslaw.com>
Cc: Steven Brown <steven@rnlawgroup.com>, "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>

Hi Brad,

Thanks for the quick response. My point is more that Plaintiffs had never informed us that they intend to file a motion to seek relief on this issue.

Best regards,

**Dhruman Y. Sampat**

Assistant United States Attorney

Civil Division, U.S. Attorney's Office for the District of Columbia

601 D Street N.W. | Washington, D.C. 20004

Ph: (202) 252-2525 | Dhruman.Sampat@usdoj.gov

---

**From:** Brad Banias <Brad@baniaslaw.com>
**Sent:** Wednesday, June 3, 2026 9:31 PM
**To:** Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Cc:** Steven Brown <steven@rnlawgroup.com>; Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Subject:** Re: [EXTERNAL] Patel, Bushireddy, Hinge, and Mashatti

Dhruman:

Mediation is a form of ADR—Alternative Dispute Resolution. We will ensure we style it a motion to compel mediation, not ADR, so there is no confusion.

Thanks,

Brad


Brad Banias

Banias Law LLC

843.352.4272


---

[Quoted text hidden]

---

**Sampat, Dhruman (USADC)** <Dhruman.Y.Sampat@usdoj.gov>                Wed, Jun 3, 2026 at 8:39 PM
To: Brad Banias <Brad@baniaslaw.com>
Cc: Steven Brown <steven@rnlawgroup.com>, "Graham-Oliver, Heather (USADC)" <Heather.Graham-Oliver@usdoj.gov>


Thanks, Brad. I'll wait for a response to my question from my earlier email in case it may alter the ask to the agency. But if you don't have an answer at this time, just let me know, and I'll represent your position.

---

**From:** Brad Banias <Brad@baniaslaw.com>
**Sent:** Wednesday, June 3, 2026 9:35 PM
**To:** Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Cc:** Steven Brown <steven@rnlawgroup.com>; Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Subject:** Re: [EXTERNAL] Patel, Bushireddy, Hinge, and Mashatti


Dhruman: Please note our opposition to your proposed extension in Patel because, again, further delay risks our case being rendered moot. Thanks, Brad


Brad Banias

Banias Law LLC

843.352.4272


---

[Quoted text hidden]

---

**Brad Banias** <Brad@baniaslaw.com>                Wed, Jun 3, 2026 at 9:04 PM
To: Dhruman Sampat <Dhruman.Y.Sampat@usdoj.gov>
Cc: Steven Brown <steven@rnlawgroup.com>, Heather Graham-Oliver <Heather.Graham-Oliver@usdoj.gov>

Dhruman:

I will try to consolidate the two email chains so we can all be very clear with the court:

1. We oppose any further extension for ICE's response to our EAJA fee motion in Patel because (1) we don't want the case to moot out and (2) ICE has yet to engage in any good faith settlement negotiations for Patel, despite having our

Patel motion for To the extent we offered to provide an extension in exchange for an agreement that ICE would not argue mootness, we withdraw that offer.

2. We intend on moving to compel mediation. We will note that your client has yet to give us their position on mediation, which we raised last week.

Sorry for any confusion.

Have a good night!

Brad

Brad Banias
Banias Law LLC
843.352.4272
image002.png

On Jun 3, 2026, at 9:39 PM, Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov> wrote:

Thanks, Brad. I'll wait for a response to my question from my earlier email in case it may alter the ask to the agency. But if you don't have an answer at this time, just let me know, and I'll represent your position.

**From:** Brad Banias <Brad@baniaslaw.com>
**Sent:** Wednesday, June 3, 2026 9:35 PM
**To:** Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Cc:** Steven Brown <steven@rnlawgroup.com>; Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Subject:** Re: [EXTERNAL] Patel, Bushireddy, Hinge, and Mashatti

Dhruman: Please note our opposition to your proposed extension in Patel because, again, further delay risks our case being rendered moot. Thanks, Brad

Brad Banias

Banias Law LLC

843.352.4272

<~WRD1378.jpg>

[Quoted text hidden]